ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JONAH H. GOLDSTEIN (193777)
TRICIA L. MCCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jonahg@rgrdlaw.com
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br> vs.<br><br>CVB FINANCIAL CORP., et al.,<br><br>  Defendants. | No. 2:10-cv-06256-MMM(PJWx)<br><br>CLASS ACTION<br><br>WITHDRAWAL OF CARL ENGLUND'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE: January 24, 2011<br>TIME: 10:00 a.m.<br>CRTRM: 780<br>JUDGE: Margaret M. Morrow |

591594_1

1  Carl Englund hereby withdraws his motion for consolidation, appointment as
2  lead plaintiff and approval of selection of counsel which he filed on October 22, 2010.
3  Docket #7.

4  DATED:  January 3, 2011            ROBBINS GELLER RUDMAN
                                        & DOWD LLP
5                                     DARREN J. ROBBINS
                                      JONAH H. GOLDSTEIN
6                                     TRICIA L. MCCORMICK

7

8                                            s/ TRICIA L. McCORMICK
                                            TRICIA L. McCORMICK
9
                                     655 West Broadway, Suite 1900
10                                   San Diego, CA  92101-3301
                                     Telephone:  619/231-1058
11                                   619/231-7423 (fax)

12                                   [Proposed] Lead Counsel for Plaintiffs

591594_1

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2011.

    s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

591594_1
591594_1

# Mailing Information for a Case 2:10-cv-06256-MMM -PJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D Braun**
  service@braunlawgroup.com

- **Lewis S Kahn**
  lewis.kahn@ksfcounsel.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Scott Vick**
  scott@vicklawgroup.com,wendy@vicklawgroup.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`