VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:   Scott@vicklawgroup.com
              Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:   DMMurphy@wlrk.com
              JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>        Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DEFENDANTS' NOTICE OF FILING OF CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:        August 29, 2011<br>Time:        10:00 a.m.<br>Location:    Courtroom 780 |

TO THE COURT AND ALL PARTIES OF RECORD, please take notice that Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr. ("Defendants") hereby concurrently file a corrected version of the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint ("Memorandum").  This document was linked to the Defendants' Notice of Motion and Motion to Dismiss filed on May 13, 2011.

At some point during the conversion of the Memorandum from a Word document to a PDF document – prior to electronically filing the document – portions of the footnotes were difficult to read due to an unidentified error in the conversion process.  Moreover, a colored version of the Memorandum was unable to be submitted due to metadata within the document.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    The corrected document is attached hereto as Exhibit A, in color and with

2  clear footnotes, and includes no other changes.  Counsel for Defendants apologize

3  for any inconvenience.

4  DATED:  May 16, 2011                VICK LAW GROUP, APC

5                                                 By:    /s/  Scott Vick

6                                                 VICK LAW GROUP, APC

7                                                    Scott Vick (No. 171944)
                                                     Jason T. Riddick (No. 235980)

8                                                    Rachelle S. Torres (No. 243392)
                                                     Lital Gilboa (No. 263372)

9

10                                               WACHTELL, LIPTON, ROSEN & KATZ
                                                     David M. Murphy (*pro hac vice*)

11                                                   Warren R. Stern (*pro hac vice*)
                                                     Wayne M. Carlin (*pro hac vice*)

12                                                   Jeffrey D. Hoschander (*pro hac vice*)

13                                               Attorneys for Defendants
                                                 CVB FINANCIAL CORP., CHRISTOPHER D.

14                                               MYERS AND EDWARD J. BIEBRICH, JR.

15

16

17

18

19

20

21

22

23

24

25

26

27

28