1
2
3
4
5
6
7

VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:  scott@vicklawgroup.com
         Jason@vicklawgroup.com

8
9
10
11
12
13
14

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:  DMMurphy@wlrk.com
         JDHoschander@wlrk.com

15
16

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

17

## UNITED STATES DISTRICT COURT

18

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

| | |
|---|---|
| 20 BARRY R. LLOYD, Individually and on Behalf of All Others Similarly | Case No. CV 10-06256 MMM (PJWx) |
| 21 Situated, | **PROOF OF SERVICE** |
| 22          Plaintiff, | |
| 23    v. | |
| 24 CVB FINANCIAL CORP., et al., | |
| 25          Defendants. | |
| 26 | |

27
28

---

**Proof of Service**                                                          **Case No. 10-CV-06256-MMM (PJWx)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 800 West 6th Street, Suite 1220, Los Angeles, California 90017. On May 16, 2011, I served a true copy of the following documents:

**DEFENDANTS' NOTICE OF FILING OF CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

☐   By transmitting via facsimile from (213) 784-6226 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The above transmission was reported as complete and without error. Attached hereto is a copy of the respective transmission report, which was properly issued by the transmitting facsimile machine.

☐   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☒   By placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, <u>Federal Express</u>.

☐   By hand delivery.

**SERVICE LIST ATTACHED**

I am readily familiar with the Vick Law Group, APC's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 16, 2011, at Los Angeles, California.

By:  _Lital Gilboa_

## SERVICE LIST

| | |
|---|---|
| Blair A. Nicholas<br>Bernstein Litowitz Berger<br>& Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |
| Gerald H. Silk<br>Bernstein Litowitz Berger<br>& Grossmann LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |