# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06256-MMM(PJWx) | Date | May 18, 2011 |
|---|---|---|---|

| Title | Barry R. Lloyd, et al vs CVB Financial Corporation, et al |
|---|---|

Present: The Honorable     MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**          **[In Chambers] Court Order Setting Scheduling Conference**

Counsel are hereby notified that a Scheduling Conference has been set for **August 29, 2011 at 10:00 a.m.** before Judge Margaret M. Morrow in Courtroom 780, Roybal Federal Building, 255 East Temple Street, Los Angeles.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before **August 22, 2011.**  The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

Plaintiff's counsel is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action **after this date**.