# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 10-06256 MMM (PJWx) |
| Date | July 18, 2011 |
| Title | *Lloyd v. CVB Financial Corp., et al.* |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order Advancing Briefing Schedule to Motion to Dismiss[43]**

On May 13, 2011, defendants filed a motion to dismiss. The court hereby advances the briefing on defendants' motion as follows. Defendants must file a reply on or before **August 9, 2011**.