BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
JON F. WORM  (Bar No. 248260)
(jonw@blbglaw.com)
PAUL M. JONNA  (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police*
*& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, | Case No. 10-cv-06256-MMM (PJWx) |
|        Plaintiff, | DECLARATION OF SERVICE |
|    v. | Date:    August 29, 2011 |
| CVB FINANCIAL CORP., et al., | Time:    10:00 a.m. |
|        Defendants. | Location:  Courtroom 780 |

1       I, Jessica R. Cuccurullo, do hereby certify that on this 19th day of July,

2  2011, true and correct copies of the foregoing were filed electronically.

3           • Memorandum of Points and Authorities in Opposition to Defendants'

4             Motion to Dismiss;

5

6           • Lead Plaintiff's Opposition to Defendants' Request for Judicial
              Notice; and

7

8           • Declaration of Service.

9  Those attorneys who are registered with the Electronic Case Filing ("ECF")

10  System may access this filing through the Court's system, and notice of this filing

11  will be sent to the parties by operation of the Court's ECF System.  Attorneys not

12  registered with the Court's ECF system will be duly and properly served in

13  accordance with the Federal Rules of Civil Procedure and the Court's Local Rules

14  (see attached Service List).

15

16                  JESSICA R. CUCCURULLO

1

**SERVICE LIST**

2
3
4
5
6

Lewis S. Kahn
**Kahn Swick & Foti LLC**
206 Covington Street
Madisonville, LA 70447
Tel:  504-455-1400
Fax: 504-455-1498
lewis.kahn@ksfcounsel.com

7

*Attorneys for Plaintiff Barry R. Lloyd*

8
9
10
11
12

Michael D. Braun
**Braun Law Group PC**
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel:  310-836-6000
Fax: 310-836-6010
service@braunlawgroup.com

13

*Attorneys for Plaintiff Barry R. Lloyd*

14
15
16
17
18
19
20
21
22

Darren J. Robbins
Catherine J. Kowalewski
David C. Walton
Jonah H. Goldstein
**Robbins Geller Rudman & Dowd LLP**
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
Tel:  619-231-1058
Fax: 619-231-7423
E_file_sd@rgrdlaw.com
katek@rgrdlaw.com
davew@rgrdlaw.com
jgoldstein@rgrdlaw.com

23
24

*Attorneys for Plaintiff Barry R. Lloyd*

25
26
27
28

---

Joe Kendall
Karl Rupp
**Kendall Law Group LLP**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel: 214-744-3000
Jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com


*Attorneys for Plaintiff Carl Englund, Jr.*


Scott Vick
Jason T. Riddick
Rachelle S. Torres
**Vick Law Group**
800 W. Sixth Street, Suite 1220
Los Angeles, CA 90017
Tel: 310-598-7044
Fax: 310-784-6226
scott@vicklawgroup.com
jason.riddick@bingham.com
rachelle.torres@bingham.com

*Attorneys for Defendant CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr.*


Wayne M. Carlin
Jeffrey D. Hoschander
Warren R. Stern
David M. Murphy
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1272
Fax: 212-403-2324
WMCarlin@wlrk.com
JDHoschander@wlrk.com
wrstern@wlrk.com
DMMurphy@wlrk.com

*Attorneys for Defendant CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr.*