| | |
|---|---|
| 1 | VICK LAW GROUP, APC |
| |    Scott Vick (State Bar No. 171944) |
| 2 |    Jason T. Riddick (State Bar No. 235980) |
| 3 |    Rachelle S. Torres (State Bar No. 243392) |
| |    Lital Gilboa (No. 263372) |
| 4 | 800 West 6th Street, Suite 1220 |
| | Los Angeles, California 90017 |
| 5 | Telephone:  (213) 784-6225 |
| 6 | Facsimile:   (213) 784-6226 |
| | scott@vicklawgroup.com |
| 7 | jason@vicklawgroup.com |
| | rachelle@vicklawgroup.com |
| 8 | lital@vicklawgroup.com |

WACHTELL, LIPTON, ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Warren R. Stern (*pro hac vice*)
   Wayne M. Carlin (*pro hac vice*)
   Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
dmmurphy@wlrk.com
jdhoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP.,
CHRISTOPHER D. MYERS, and
EDWARD J. BIEBRICH, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>    Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1** |

---

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**    CASE NO. 10-CV-06256-MMM (PJWx)

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for Defendants certifies that as of this date, in addition to the parties to this action, the following three entities may in their role as insurance carriers for the Defendants have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

> THE TRAVELERS COMPANIES
>
> CHUBB GROUP OF INSURANCE COMPANIES
>
> XL INSURANCE

DATED:  July 21, 2011

VICK LAW GROUP, APC
 *- and -*
WACHTELL, LIPTON, ROSEN & KATZ

By:   /s/  Scott Vick

VICK LAW GROUP, APC
 Scott Vick (No. 171944)
 Jason T. Riddick (No. 235980)
 Rachelle S. Torres (No. 243392)
 Lital Gilboa (No. 263372)

WACHTELL, LIPTON, ROSEN & KATZ
 David M. Murphy (*pro hac vice*)
 Warren R. Stern (*pro hac vice*)
 Wayne M. Carlin (*pro hac vice*)
 Jeffrey D. Hoschander (*pro hac vice*)

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

- 1 -

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**          CASE NO. 10-CV-06256-MMM (PJWx)