VICK LAW GROUP, APC
   Scott Vick (State Bar No. 171944)
   Jason T. Riddick (State Bar No. 235980)
   Rachelle S. Torres (State Bar No. 243392)
   Lital Gilboa (State Bar No. 263372)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile:   (213) 784-6226
scott@vicklawgroup.com
jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Warren R. Stern (*pro hac vice*)
   Jeff Hoschander (*pro hac vice*)
   Wayne M. Carlin (*pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone: (212) 403-1272
Facsimile:   (212) 403-2272
dmmurphy@wlrk.com
jdhoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP.,
CHRISTOPHER D. MYERS, and
EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>    Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DEFENDANT CVB FINANCIAL CORP.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

- 1 -

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant CVB Financial Corp. ("CVB"), reports that CVB has no parent corporation and that no publicly traded corporation owns more than 10% of CVB's stock.

DATED: July 29, 2011          VICK LAW GROUP, APC


By:   /s/  Scott Vick

VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  Lital Gilboa (No. 263372)

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.