[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>           Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>**JOINT STIPULATION REGARDING RULE 26 SCHEDULE** |

WHEREAS, by Order dated March 23, 2011 [Docket No. 41], the Court set the following briefing schedule for the Motion to Dismiss the Consolidated Class Action Complaint ("CAC") based on a stipulation between the parties:

| **Date** | **Event** |
| --- | --- |
| 5/13/11 | Defendants' Motion To Dismiss CAC Due |
| 7/19/11 | Lead Plaintiff's Opposition Brief Due |
| 8/19/11 | Defendants' Reply Brief Due |

WHEREAS, in accordance with the Court's Procedures, the hearing on the Motion to Dismiss is scheduled for August 29, 2011.

WHEREAS, by Order dated May 18, 2011 [Docket No. 45], the Court:

(1) Set August 29, 2011 as the date for a Scheduling Conference, which coincides with the hearing date on Defendants' Motion to Dismiss. (Under Rule 26(f)(1), the setting of the Scheduling Conference for August 29, 2011 implicitly triggered a deadline of August 8, 2011 for a conference between the parties with respect to discovery and other issues set forth in Rule 26(f).)

(2) Directed the parties to file a Joint Rule 26(f) Report on or before August 22, 2011; and

WHEREAS, by Order dated July 18, 2011 [Docket No. 47], the Court ordered Defendants to file their Reply Brief in support of their Motion to Dismiss on August 9, 2011, instead of August 19, 2011.

WHEREAS, in accordance with the Court's Orders: Defendants filed their Motion to Dismiss on May 13, 2011; Lead Plaintiff filed its Opposition Brief on July 19, 2011; and Defendants filed their Reply Brief on August 9, 2011.

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA") "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any

party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B).

WHEREAS, Defendants believe the Ninth Circuit has made clear that the PSLRA automatic stay applies to activities under Rule 26(a) and Rule 26(f). *Medhekar v. U.S. Dist. Ct.*, 99 F.3d 325, 327-29 (9th Cir. 1996).

WHEREAS, Defendants believe three of the Rule 26 deadlines contained in or triggered by the Court's May 18, 2011 Order – specifically, the <u>August 8, 2011</u> deadline by which the parties were required to confer, the <u>August 22, 2011</u> deadline by which the parties are required to submit their Joint Rule 26(f) Report, and the <u>August 29, 2011</u> Scheduling Conference – conflict, or are imminently likely to conflict with the PSLRA automatic stay because they either occurred, or are scheduled to occur, during the "pendency of [Defendants'] motion to dismiss."

WHEREAS, in order to facilitate prompt compliance with Rule 26 and the PSLRA, Defendants request, and Lead Plaintiff does not oppose, that the Court: (a) vacate its May 18, 2011 Order insofar as it set a Scheduling Conference for August 29, 2011 and required submission of a Joint Rule 26(f) Report by August 22, 2011; and (b) enter the [Proposed] Order requested herein rescheduling Rule 26 activities in this case by tying them to the date that pleading issues are resolved (for example, the pleading issues will be resolved on the date: (a) the Court issues an Order denying in full any pending Motion to Dismiss; (b) Plaintiff gives notice of its election not to amend its complaint after an order granting Defendants' Motion to Dismiss (in full or in part) with leave to amend; or (c) Defendants answer rather than move to dismiss any amended operative complaint).

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) The parties' counsel shall conduct a Rule 26(f) meet and confer no later than fourteen ("14") days after the date the pleading issues are resolved;

(2) The parties' counsel shall submit to the Court a Joint Rule 26(f) Report thirty ("30") days after the date the pleading issues are resolved; and

(3) The parties' counsel shall participate in and/or attend a Scheduling Conference to be set by the Court on the first Monday available on the Court's schedule at least fourteen ("14") days following the date the parties submit to the Court their Joint Rule 26(f) Report.

IT IS SO STIPULATED.

DATED: August 16, 2011          Respectfully submitted,

By:   /s *Scott Vick*
   Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
   Jason T. Riddick (Bar No. 235980)
   Rachelle S. Torres (No. 243392)
   Lital Gilboa (No. 263372)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6226
Email: Scott@vicklawgroup.com
       Jason@vicklawgroup.com

-and-

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice pending*)
   Warren R. Stern (*pro hac vice pending*)
   Wayne M. Carlin (*pro hac vice pending*)
   Jeffrey D. Hoschander (*pro hac vice pending*)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1272
Facsimile: (212) 403-2272
Email: DMMurphy@wlrk.com
       JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.

| | |
|---|---|
| DATED: August 16, 2011 | Respectfully submitted, |
| | By:  /s *Blair A. Nicholas* |
| | Blair A. Nicholas |

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
   Blair A. Nicholas (No. 178428)
   Timothy A. DeLange (No. 190768)
   Niki L. Mendoza (No. 214646)
   Paul M. Jonna (No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
Email:  Blairn@blbglaw.com
         Timothyd@blbglaw.com
         Nikim@blbglaw.com
         Paulj@blbglaw.com

*-and-*

   Gerald H. Silk (*pro hac vice pending*)
   Avi Josefson (*pro hac vice pending*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
Email:  Jerry@blbglaw.com
         Avi@blbglaw.com

Attorneys for Lead Plaintiff
JACKSONVILLE POLICE & FIRE PENSION FUND AND LEAD COUNSEL FOR THE CLASS