UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 10-06256 MMM (PJWx) |
| Date | August 19, 2011 |
| Title | *Lloyd v. CVB Financial Corp. et al.* |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    **Order on Stipulation Regarding Rule 26 Schedule[55]**

The court has considered the parties' stipulation regarding the Rule 26 schedule in this case, and makes the following orders:

(1) The parties shall conduct a Rule 26(f) conference no later than seven (7) days after the date (a) the court issues an order denying in full any motion to dismiss filed by defendants; (b) plaintiff gives notice of his election not to amend the complaint after an order granting a motion to dismiss with leave to amend; or (c) defendants answer rather than move to dismiss any amended complaint.

(2) The parties shall submit a joint Rule 26(f) Report seven (7) days after the date of their Rule 26(f) conference; and

(3) The parties shall participate in and/or attend a Scheduling Conference to be set by the Court on the first Monday available on the court's schedule after the parties file their Rule 26(f) report. The court will set this date once pleading issues are resolved as set forth in paragraph (1) above.