UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 10-06256-MMM(PJWx) | Date September 1, 2011 |

Title   Barry R. Lloyd, et al vs CVB Financial Corporation, et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy DeLange | Scott Vick |
| Jon Worm | Rachel Torres |

**Proceedings:**   **Defendant's Motion to Dismiss[43]**

    The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion to dismiss under submission.