[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>**JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS** |

1    WHEREAS, on August 23, 2010 and September 14, 2010, two federal securities class action complaints were filed against CVB Financial Corp. ("CVB") and others entitled *Barry R. Lloyd v. CVB Financial Corp. et Al.*, CV 10-06256 (the "*Lloyd Action*") and *Carl Englund v. CVB Financial Corp. et al.*, CV 10-06815 (the "*Englund Action*").

WHEREAS, by Order dated January 21, 2011, this Court consolidated the *Lloyd* and *Englund Actions*, and appointed the Jacksonville Police and Fire Pension Fund (the "Jacksonville Fund") as Lead Plaintiff and approved the law firm of Bernstein Litowitz as Lead Counsel pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B)(ii).  [Docket 20].

WHEREAS, on March 7, 2011, Lead Plaintiff filed a Consolidated Class Action Complaint ("CAC").  [Docket 31].

WHEREAS, on May 13, 2011, Defendants filed a Motion to Dismiss the CAC.  [Docket 43].

WHEREAS, on September 1, 2011, this Court having considered the papers and evidence submitted by the parties and having heard the oral argument of counsel took Defendants' Motion to Dismiss the CAC under submission.  [Docket 58].

WHEREAS, on January 12, 2012, this Court granted Defendants' Motion to Dismiss while allowing Plaintiffs leave to amend the CAC within forty-five (45) days.  [Docket 59].

WHEREAS, on February 27, 2012, Lead Plaintiff filed their First Amended Consolidated Class Action Complaint ("First Amended CAC").  [Docket 60].

WHEREAS, the parties are herein requesting additional time to brief Defendants' Motion to Dismiss the First Amended CAC and to exceed the twenty-five (25) page limitation otherwise imposed for the memorandum of points and authorities in support of a motion to dismiss and its opposition papers.

//

**IT IS HEREBY STIPULATED AND AGREED** that the parties jointly request that the Court set the briefing schedule and page limitations for Defendants' Motion to Dismiss as follows:

1. Defendants' Motion to Dismiss shall be filed by March 28, 2012;
2. Lead Plaintiff's Opposition brief shall be filed by April 27, 2012;
3. Defendants shall file a Reply brief by May 17, 2012;
4. The page limitation for the memorandum of points and authorities in support of the Motion to Dismiss be increased to thirty-five (35) pages;
5. The page limitation for the Opposition brief be increased to thirty-five (35) pages; and
6. The page limitation for the Reply brief be set at fifteen (15) pages.

DATED: February 28, 2012     Respectfully submitted,

By:    /s *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
   Jason T. Riddick (Bar No. 235980)
   Rachelle S. Torres (No. 243392)
   Lital Gilboa (No. 263372)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  213.784.6225
Facsimile:   213.784.6226
scott@vicklawgroup.com
jason@vicklawgroup.com
rachelle@vicklawgroup.com
lital@vicklawgroup.com

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Warren R. Stern  (*pro hac vice*)
   Wayne M. Carlin (*pro hac vice*)
   Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.*

| | | |
|---|---|---|
| 1 | DATED: February 28, 2012 | Respectfully submitted, |

By:  /s *Timothy DeLange*
　　　Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
　Blair A. Nicholas (No. 178428)
　Timothy A. DeLange (No. 190768)
　Niki L. Mendoza (No. 214646)
　Paul M. Jonna (No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
paulj@blbglaw.com

-and-

　Gerald H. Silk (*pro hac vice pending*)
　Avi Josefson (*pro hac vice pending*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*