VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:   Scott@vicklawgroup.com
              Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:   DMMurphy@wlrk.com
              JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  v.<br><br><br>CVB FINANCIAL CORP., et al.,<br><br>                    Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS** |

**[PROPOSED] ORDER ON JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS**

Having considered the parties' joint stipulation for scheduling and enlargement of page limitations, the Court hereby orders that:

1. Defendants' Motion to Dismiss shall be filed by March 28, 2012;
2. Lead Plaintiff's Opposition brief shall be filed by April 27, 2012;
3. Defendants shall file a Reply brief by May 17, 2012;
4. The page limitation for the memorandum of points and authorities in support of the Motion to Dismiss be increased to thirty-five (35) pages;
5. The page limitation for the Opposition brief be increased to thirty-five (35) pages; and
6. The page limitation for the Reply brief be set at fifteen (15) pages.

**IT IS SO ORDERED.**

DATED: March ___, 2012

_____
Honorable Margaret M. Morrow
United States District Court Judge