VICK LAW GROUP, APC
 Scott Vick (No. 171944)
 Jason T. Riddick (No. 235980)
 Rachelle S. Torres (No. 243392)
 Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 985-7155
E-Mail: Scott@vicklawgroup.com
        Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
 David M. Murphy (*pro hac vice*)
 Warren R. Stern (*pro hac vice*)
 Wayne M. Carlin (*pro hac vice*)
 Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
E-Mail: DMMurphy@wlrk.com
        JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>        Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:       June 4, 2012<br>Time:       10:00 a.m.<br>Location:   Courtroom 780 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr. ("Defendants") will and hereby do move this Court for an Order dismissing Counts I and II the Lead Plaintiff's First Amended Consolidated Class Action Complaint ("FAC") against Defendants for purported violations of Section 10(b) (Count I) and Section 20(a) (Count II) of the Exchange Act of 1934.  This Motion shall be brought for hearing before the Honorable Margaret M. Morrow, United States District Court for the Central District of California (Western Division), 255 East Temple Street, Los Angeles California 90012, Courtroom 780, on June 4, 2012 at 10:00 a.m.

Defendants' Motion to Dismiss seeks dismissal of Counts I and II of the FAC pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and Rule 9(b), and the Private Securities Litigation Reform Act of 1995, on the grounds that the FAC fails to plead a claim for relief with sufficient particularity and otherwise fails to state a claim upon which relief can be granted.  This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and accompanying exhibits filed therewith, the Declaration of Scott Vick, argument of counsel, on all the pleadings and papers of record in this

///
///
///
///
///
///
///
///
///
///

1

2   matter, and on such other matters as the Court may properly consider on this motion.

3   DATED:  March 26, 2012          VICK LAW GROUP, APC

4

5                                    By:   /s/  Scott Vick

6                                    VICK LAW GROUP, APC
                                        Scott Vick (No. 171944)
7                                       Jason T. Riddick (No. 235980)
                                        Rachelle S. Torres (No. 243392)
8                                       Lital Gilboa (No. 263372)

9                                    WACHTELL, LIPTON, ROSEN & KATZ
                                        David M. Murphy (*pro hac vice*)
10                                      Warren R. Stern (*pro hac vice*)
                                        Wayne M. Carlin (*pro hac vice*)
11                                      Jeffrey D. Hoschander (*pro hac vice*)

12                                   Attorneys for Defendants
13                                   CVB FINANCIAL CORP., CHRISTOPHER D.
                                     MYERS AND EDWARD J. BIEBRICH, JR.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Defendants' Notice of Motion and Motion to**          **- 2 -**          **CASE NO. 10-CV-06256-MMM (PJWx)**
**Dismiss FAC**