VICK LAW GROUP, APC
 Scott Vick (No. 171944)
 Jason T. Riddick (No. 235980)
 Rachelle S. Torres (No. 243392)
 Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:   Scott@vicklawgroup.com
          Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
 David M. Murphy (*pro hac vice*)
 Warren R. Stern (*pro hac vice*)
 Wayne M. Carlin (*pro hac vice*)
 Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:   DMMurphy@wlrk.com
          JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>          Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DECLARATION OF SCOTT VICK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:        June 4, 2012<br>Time:        10:00 a.m.<br>Location:   Courtroom 780 |

## DECLARATION OF SCOTT VICK

I, Scott Vick, declare:

1.     I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am a shareholder with the law firm of Vick Law Group, APC, attorneys of record for Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr.  I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I would and could competently testify thereto.

## SEC FILINGS

2.     Attached as Exhibit A to the concurrently filed Request for Judicial Notice ("RJN") is a true and correct copy of selected portions of CVB Financial Corp.'s ("CVB") 2006 Form 10-K, which was filed with the Securities and Exchange Commission ("SEC") on March 1, 2007.

3.     Attached as Exhibit B to the concurrently filed RJN is a true and correct copy of selected portions of CVB's 2007 Form 10-K, which was filed with the SEC on February 29, 2008.

4.     Attached as Exhibit C to the concurrently filed RJN is a true and correct copy of selected portions of CVB's 2008 Form 10-K, which was filed with the SEC on February 27, 2009.

5.     Attached as Exhibit D to the concurrently filed RJN is a true and correct copy of selected portions of CVB's 2009 Form 10-K, which was filed with the SEC on March 4, 2010.

6.     Attached as Exhibit E to the concurrently filed RJN is a true and correct copy of selected portions of CVB's 2010 Form 10-K, which was filed with the SEC on March 1, 2011.

7.     Attached as Exhibit F to the concurrently filed RJN is a true and correct copy of selected portions of CVB's Form 10-Q for the quarter ending June 30, 2009

- 1 -

1    and filed on August 5, 2009.

2         8.    Attached as Exhibit G to the concurrently filed RJN is a true and correct

3    copy of selected portions of CVB's Form 10-Q for the quarter ending September 31,

4    2009 and filed on November 5, 2009.

5         9.    Attached as Exhibit H to the concurrently filed RJN is a true and correct

6    copy of selected portions of CVB's Form 10-Q for the quarter ending March 31, 2010,

7    and filed on May 10, 2010.

8         10.    Attached as Exhibit I to the concurrently filed RJN is a true and correct

9    copy of selected portions of CVB's Form 10-Q for the quarter ending June 30, 2010

10   and filed on August 9, 2010.

11        11.    Attached as Exhibit J to the concurrently filed RJN is a true and correct

12   copy of selected portions of CVB's Form 8-K for the quarter ending June 30, 2010

13   (Earnings Release) filed on July 16, 2009

14        12.    Attached as Exhibit K to the concurrently filed RJN is a true and correct

15   copy of selected portions of CVB's Form 8-K for the quarter ending December 31,

16   2009 (Earning Release) filed on January 26, 2010.

17        13.    Attached as Exhibit L to the concurrently filed RJN is a true and correct

18   copy of selected portions of CVB's Form 8-K for the quarter ending March 31, 2010

19   (Earnings Release) filed on April 23, 2010.

20        14.    Attached as Exhibit M to the concurrently filed RJN is a true and correct

21   copy of selected portions of CVB's Form 8-K (Press Release and Investor

22   Presentation) filed on September 10, 2010.

23        15.    Attached as Exhibit N to the concurrently filed RJN is a true and correct

24   copy of selected portions of CVB's Form 8-K for the quarter ending September 31,

25   2010 (Earnings Release) filed on October 22, 2010.

26        16.    Attached as Exhibit O to the concurrently filed RJN, is a true and correct

27   copy of selected portions of CVB's Form 8-K for the quarter ending December 31,

28

**Declaration of Scott Vick In Support**                    **CASE NO. 10-CV-06256-MMM (PJWx)**
**of Motion To Dismiss FAC**

2010 (Earning Release) filed on January 21, 2011.

17.    Attached as Exhibit P to the concurrently filed RJN is a true and correct copy of CVB's Form 8-K (Press Release) filed on March 31, 2011.

18.    Attached as Exhibit Q to the concurrently filed RJN is a true and correct copy of CVB's Form 4, regarding Chris Myers' Stock Sale, filed on October 13, 2009.

19.    Attached as Exhibit R to the concurrently filed RJN is a true and correct copy of CVB's Form 4, regarding Chris Myers' Stock Sale, filed on February 26, 2010.

20.    Attached as Exhibit LL to the concurrently RJN is a true and correct copy of CVB's Form 8-K (Press Release) filed on April 21, 2011.

21.    Attached as Exhibit MM to the concurrently RJN is a true and correct copy of CVB's Form 8-K (Press Release) filed on July 21, 2011.

22.    Attached as Exhibit NN to the concurrently RJN is a true and correct copy of CVB's Form 8-K (Press Release) filed on October 20, 2011.

23.    Attached as Exhibit OO to the concurrently RJN is a true and correct copy of CVB's Form 8-K (Press Release) filed on January 19, 2012.

24.    Attached as Exhibit PP to the concurrently RJN is a true and correct copy of CVB's Form 10-Q filed on August 9, 2011.

25.    Attached as Exhibit QQ to the concurrently RJN is a true and correct copy of CVB's Form 10-Q filed on February 29, 2012.

## ANALYST REPORTS

26.    Attached as Exhibit S to the concurrently filed RJN is a true and correct copy of Macquarie's Analyst Report dated January 25, 2010.

27.    Attached as Exhibit T to the concurrently filed RJN is a true and correct copy of FIG Partner's Analyst Report dated April 9, 2010.

28.    Attached as Exhibit U to the concurrently filed RJN is a true and correct copy of Credit Suisse's Analyst Report dated August 10, 2010.

- 3 -

29.     Attached as Exhibit V to the concurrently filed RJN is a true and correct copy of Macquarie's Analyst Report dated August 10, 2010.

30.     Attached as Exhibit W to the concurrently filed RJN is a true and correct copy of FIG Partners' Analyst Report dated August 11, 2010.

31.     Attached as Exhibit X to the concurrently filed RJN is a true and correct copy of Credit Suisse's Analyst Report dated September 10, 2010.

32.     Attached as Exhibit Y to the concurrently filed RJN is a true and correct copy of Howe Barnes Hoefer & Arnett's Analyst Report dated September 13, 2010.

## NEWS REPORTS

33.     Attached as Exhibit Z to the concurrently filed RJN is a true and correct copy of the news report, Peter Eavis, *Bank's Bugbear: Commercial Real Estate*, Wall St. J., June 29, 2009.

34.     Attached hereto as Exhibit AA to the concurrently filed RJN is a true and correct copy of the news report, Alistair Barr, *California Bank is Put to Test on Commercial Real Estate*, MarketWatch, Jan. 7, 2010.

## HISTORICAL STOCK PRICES

35.     Attached as Exhibit BB to the concurrently filed RJN is a true and correct copy of the historical stock prices for CVB from January 1, 2008 to March 21, 2011, obtained from Yahoo! Finance at http://finance.yahoo.com/q?d=t&s=CVBF.

36.     Attached as Exhibit CC to the concurrently filed RJN is a true and correct copy of the historical stock prices for PFF Bank and Trust from January 2, 2008 to May 12, 2011, obtained from Bloomberg Finance L.P.

37.     Attached as Exhibit DD to the concurrently filed RJN is a true and correct copy of PFF Bank and Trust's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp.

38.     Attached as Exhibit EE to the concurrently filed RJN is a true and correct copy of the historical stock prices for 1st Centennial Bank from January 2, 2008 to

- 4 -

May 11, 2011, obtained from Bloomberg Finance L.P.

39.     Attached as Exhibit FF to the concurrently filed RJN is a true and correct copy of 1st Centennial Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp.

40.     Attached as Exhibit GG to the concurrently filed RJN is a true and correct copy of the historical stock prices for Temecula Valley Bank from January 2, 2008 to March 15, 2011, obtained from Bloomberg Finance L.P.

41.     Attached as Exhibit HH to the concurrently filed RJN is a true and correct copy of Temecula Valley Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp.

42.     Attached as Exhibit II to the concurrently filed RJN is a true and correct copy of the historical stock prices for Vineyard Bank from January 2, 2008 to May 12, 2011, obtained from Bloomberg Finance L.P.

43.     Attached as Exhibit JJ to the concurrently filed RJN is a true and correct copy of Vineyard Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp.

## SEC REPORTING RELEASE AND INTERAGENCY FAQS

44.     Attached as Exhibit RR to the concurrently filed RJN is a true and correct copy of SEC Financial Reporting Release No. 13.

45.     Attached as Exhibit SS to the concurrently filed RJN is a true and correct copy of Interagency Policy on Classification of Assets obtained from the FDIC's website at http://www.fdic.gov/news/news/financial/2004/fil7004a.html.

## GAAP AND FDIC REPORTING REQUIREMENTS

46.     Attached as Exhibit TT to the concurrently filed RJN is a true and correct copy of the Financial Accounting Standards Board ("FASB") Accounting Standards Codification (ASC) 310-40-15-5 obtained from

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

     Executed on March 26, 2012 at Los Angeles, California.

                SCOTT VICK

By:   /s/  Scott Vick