1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>**JOINT STIPULATION REGARDING RULE 26 SCHEDULE** |

1	WHEREAS, by Order dated March 8, 2012 [Docket No. 62], the Court set the following briefing and hearing schedule for the Motion to Dismiss the First Amended Consolidated Class Action Complaint ("FAC"):

| Date | Event |
| --- | --- |
| March 26, 2012 | Defendants' Motion To Dismiss The FAC Due |
| April 23, 2012 | Lead Plaintiff's Opposition Brief Due |
| May 14, 2012 | Defendants' Reply Brief Due |
| June 4, 2012 | Hearing at 10:00 a.m. |

WHEREAS, by Minute Order dated April 18, 2012 [Docket No. 64], the Court: (1) set a Rule 26 Scheduling Conference for June 4, 2012 at 10:00 a.m. to coincide with the June 4, 2012 hearing for Defendants' Motion to Dismiss the FAC;  and (2) directed the parties to file a Joint Rule 26(f) Report on or before May 25, 2012; and

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA") "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."  15 U.S.C. § 78u-4(b)(3)(B).  Defendants believe the Ninth Circuit has made clear that the PSLRA automatic stay applies to activities under Rule 26(a) and Rule 26(f). *Medhekar v. U.S. Dist. Ct.*, 99 F.3d 325, 327-29 (9th Cir. 1996).

WHEREAS, Defendants believe that the Rule 26 deadlines contained in or triggered by the Court's April 18, 2012 Minute Order – including: (1) a *May 14, 2012* deadline by which the parties are required to meet and confer (*see* Rule 26(f)(1)); (2) a *May 25, 2012* deadline by which the parties are required to submit to the Court their Joint Rule 26(f) Report; and (3) the *June 4, 2012* Rule 26 Scheduling Conference itself – conflict, or are imminently likely to conflict with

the PSLRA automatic stay because they are scheduled to occur during the "pendency of [Defendants'] motion to dismiss."

WHEREAS, this same issue previously arose in this case, when the Court, by Order dated May 18, 2011 [Docket No. 45], set August 29, 2011 as the date for a Rule 26 Scheduling Conference, which coincided with the date and time set for the hearing on Defendants' then-pending Motion to Dismiss the Plaintiff's prior Consolidated Class Action Complaint. After this issue arose, the parties entered into a stipulation requesting, *inter alia*, that the August 29, 2011 Rule 26(f) Scheduling Conference be taken off calendar and deferred along with the deadline for the submission of a Joint Rule 26(f) Report until after a decision on Defendants' Motion to Dismiss and the resolution of pleading issues. The Court agreed. By Order dated August 19, 2011 [Docket No. 56], the Court postponed the Rule 26 Scheduling Conference and related deadlines until after a decision on Defendants' Motion to Dismiss and the resolution of pleading issues.

WHEREAS, to ensure compliance with Rule 26 and the PSLRA, in the identical situation here, Defendants request, and Lead Plaintiff does not oppose, that the Court grant the same relief it previously ordered by: (a) vacating its April 18, 2012 Order insofar as it set a Rule 26 Scheduling Conference for June 4, 2012 and required submission of a Joint Rule 26(f) Report by May 25, 2012; and (b) entering the [Proposed] Order filed concurrently herewith, which postpones the Rule 26 Scheduling Conference and related deadlines until after a decision on Defendants' Motion to Dismiss the FAC and the resolution of pleading issues.

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

That unless the Court dismisses the FAC in full with prejudice:

(1) The parties' counsel shall conduct a Rule 26(f) meet and confer no later than fourteen ("14") days after the date the pleading issues of the FAC are resolved;

1    (2)   The parties' counsel shall jointly submit to the Court a Joint Rule 26(f) Report thirty ("30") days after the date the pleading issues of the FAC are resolved; and

(3)   The parties' counsel shall participate in and/or attend a Rule 26 Scheduling Conference to be set by the Court on the first Monday available on the Court's schedule at least fourteen ("14") days following the date the parties submit to the Court their Joint Rule 26(f) Report, or on such other date to be set by the Court.

IT IS SO STIPULATED.

DATED: April 26, 2012     Respectfully submitted,

By:   /s *Scott Vick*
     Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
   Jason T. Riddick (Bar No. 235980)
   Rachelle S. Torres (No. 243392)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6226
Email: Scott@vicklawgroup.com
       Jason@vicklawgroup.com

*-and-*

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice pending*)
   Warren R. Stern (*pro hac vice pending*)
   Wayne M. Carlin (*pro hac vice pending*)
   Jeffrey D. Hoschander (*pro hac vice pending*)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1272
Facsimile: (212) 403-2272
Email: DMMurphy@wlrk.com
       JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.

DATED: April 26, 2012

Respectfully submitted,

By:  /s *Timothy DeLange*
   Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
   Blair A. Nicholas (No. 178428)
   Timothy A. DeLange (No. 190768)
   Niki L. Mendoza (No. 214646)
   Paul M. Jonna (No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
Email: Blairn@blbglaw.com
       Timothyd@blbglaw.com
       Nikim@blbglaw.com
       Paulj@blbglaw.com

-and-

   Gerald H. Silk (*pro hac vice pending*)
   Avi Josefson (*pro hac vice pending*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: Jerry@blbglaw.com
       Avi@blbglaw.com

Attorneys for Lead Plaintiff
JACKSONVILLE POLICE & FIRE PENSION FUND AND LEAD COUNSEL FOR THE CLASS