VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  Lital Gilboa (No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:  Scott@vicklawgroup.com
             Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:  DMMurphy@wlrk.com
             JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>        Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION REGARDING RULE 26 SCHEDULE |

Having considered the parties' joint stipulation regarding Rule 26 schedule, and good cause appearing therefore, the Court hereby orders that:

Unless the Court dismisses the First Amended Complaint in full with prejudice:

(1) The parties' counsel shall conduct a Rule 26(f) meet and confer no later than fourteen ("14") days after the date the pleading issues of the FAC are resolved.  For purposes of this Order, the pleadings shall be deemed resolved on the date: (a) the Court issues an Order denying in full any pending Motion to Dismiss; (b) Plaintiff gives notice of its election not to amend its complaint after an order granting Defendants' Motion to Dismiss (in full or in part) with leave to amend; or (c) Defendants answer rather than move to dismiss any amended operative complaint.

(2) The parties' counsel shall submit jointly to the Court a Joint Rule 26(f) Report thirty ("30") days after the date the pleading issues of the FAC are resolved; and

(3) The parties' counsel shall participate in and/or attend a Rule 26 Scheduling Conference to be set by the Court on the first Monday available on the Court's schedule at least fourteen ("14") days following the date the parties submit to the Court their Joint Rule 26(f) Report, or on such other date to be set by the Court.

**IT IS SO ORDERED.**

Dated:  May 4, 2012

_Margaret M. Morrow_
Honorable Margaret M. Morrow
United States District Judge