BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE  (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN  (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
PAUL M. JONNA  (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
         -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:    (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police
& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>                    Defendants. | Case No. 10-cv-06256-MMM (PJWx)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF JON F. WORM**<br><br>Courtroom:  780<br>Judge:  Hon. Margaret M. Morrow |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Jon F. Worm is hereby withdrawn as counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund in this matter.  Mr. Worm is no longer associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP.  Bernstein Litowitz Berger & Grossmann LLP and its attorneys will continue to represent Lead Plaintiff Jacksonville Police & Fire Pension Fund and the Class in this matter.

Dated:  June 5, 2012

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

    */s/ Timothy A. DeLange*
TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS  (Bar No. 178428)
TIMOTHY A. DeLANGE  (Bar No.190768)
NIKI L. MENDOZA  (Bar No. 214646)
JOSEPH W. GOODMAN  (Bar No. 230161)
PAUL M. JONNA  (Bar No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*