1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12                             WESTERN DIVISION

13 | BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: CV 10-06256 MMM (PJWx)
14 | | CLASS ACTION
15 | Plaintiff, | **JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS**
16 |
17 | v. |
18 | CVB FINANCIAL CORP., et al., |
19 | Defendants. |
20

21
22
23
24
25
26
27
28

WHEREAS, on August 23, 2010 and September 14, 2010, two federal securities class action complaints were filed against CVB Financial Corp. ("CVB") and others entitled *Barry R. Lloyd v. CVB Financial Corp. et al.*, CV 10-06256 (the "*Lloyd Action*") and *Carl Englund v. CVB Financial Corp. et al.*, CV 10-06815 (the "*Englund Action*");

WHEREAS, by Order dated January 21, 2011, this Court consolidated the *Lloyd* and *Englund Actions*, and appointed the Jacksonville Police and Fire Pension Fund (the "Jacksonville Fund") as Lead Plaintiff and approved the law firm of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B)(ii) [Docket 20];

WHEREAS, on September 20, 2012, Lead Plaintiff filed a 111-page, 256-paragraph Second Amended Consolidated Class Action Complaint ("SAC");

WHEREAS, Defendants intend to file a motion to dismiss the SAC;

WHEREAS, under Rule 15(a)(3) of the Federal Rule of Civil Procedure, Defendants must respond to the SAC within 14 days;

WHEREAS, there are several upcoming Jewish holidays for observant counsel, including Yom Kippur (September 26), Succot (October 1-2), and Shemini Atzeret/Simchat Torah (October 8-9);

WHEREAS, the parties herein request additional time to brief Defendants' motion to dismiss the SAC and to exceed the twenty-five (25) page limitation otherwise imposed for the memorandum of points and authorities in support of a motion to dismiss and its opposition papers;

**IT IS HEREBY STIPULATED AND AGREED** that the parties jointly request that the Court set the briefing schedule and page limitations for defendants' motion to dismiss as follows:

1. Defendants' Motion to Dismiss shall be filed by October 25, 2012;
2. Lead Plaintiff's Opposition brief shall be filed by December 3, 2012;

3. Defendants shall file a Reply brief by December 20, 2012;

4. The page limitation for the memorandum of points and authorities in support of the Motion to Dismiss and opposition be increased to thirty (30) pages; and

5. The page limitation for the Reply brief be set at fifteen (15) pages.

DATED: September 21, 2012    Respectfully submitted,

By: /s/ *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
Scott Vick (No. 171944)
Jason T. Riddick (Bar No. 235980)
Rachelle S. Torres (No. 243392)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone: 213.784.6225
Facsimile:  213.784.6226
scott@vicklawgroup.com
jason@vicklawgroup.com
rachelle@vicklawgroup.com

WACHTELL LIPTON ROSEN & KATZ
David M. Murphy (*pro hac vice*)
Warren R. Stern (*pro hac vice*)
Wayne M. Carlin (*pro hac vice*)
Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1272
Facsimile:  (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.

| | | |
|---|---|---|
| 1 | DATED: September 21, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Timothy DeLange* <br> Timothy DeLange |
| 4 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 5 | | Blair A. Nicholas (No. 178428) <br> Timothy A. DeLange (No. 190768) <br> Niki L. Mendoza (No. 214646) <br> Paul M. Jonna (No. 265389) <br> 12481 High Bluff Drive, Suite 300 <br> San Diego, CA 92130 <br> Telephone: (858) 793-0070 <br> Facsimile: (858) 793-0323 <br> blairn@blbglaw.com <br> timothyd@blbglaw.com <br> nikim@blbglaw.com <br> paulj@blbglaw.com |
| 12 | | -and- |
| 13 | | Gerald H. Silk (*pro hac vice pending*) <br> Avi Josefson (*pro hac vice pending*) <br> 1285 Avenue of the Americas, 38th Floor <br> New York, NY 10019 <br> Telephone: (212) 554-1400 <br> Facsimile: (212) 554-1444 <br> jerry@blbglaw.com <br> avi@blbglaw.com |
| 17 | | *Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class* |