UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS** |

1   Having considered the parties' joint stipulation, the Court hereby orders that:

2   1.   Defendants' Motion to Dismiss shall be filed by October 25, 2012;

3   2.   Lead Plaintiff's Opposition brief shall be filed by December 3, 2012;

4   3.   Defendants shall file a Reply brief by December 20, 2012;

5   4.   The page limitation for the memorandum of points and authorities in support of the Motion to Dismiss and opposition be increased to thirty (30) pages; and

8   5.   The page limitation for the Reply brief be set at fifteen (15) pages.

**IT IS SO ORDERED**

Dated: September ___, 2012        _____
                                   Honorable Margaret M. Morrow
                                   United States District Judge