UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  v.<br><br><br>CVB FINANCIAL CORP., et al.,<br><br>                    Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION FOR SCHEDULING AND ENLARGEMENT OF PAGE LIMITATIONS** |

Having considered the parties' joint stipulation, the Court hereby orders that:

1.     Defendants' Motion to Dismiss shall be filed by October 25, 2012;

2.     Lead Plaintiff's Opposition brief shall be filed by December 3, 2012;

3.     Defendants shall file a Reply brief by December 20, 2012;

4.     The page limitation for the memorandum of points and authorities in support of the Motion to Dismiss and opposition be increased to thirty (30) pages; and

5.     The page limitation for the Reply brief be set at fifteen (15) pages.

**IT IS SO ORDERED**

Dated: October 4, 2012

Honorable Margaret M. Morrow
United States District Judge