| | |
|---|---|
| 1 | VICK LAW GROUP, APC |
| 2 |   Scott Vick (No. 171944)<br>  Jason T. Riddick (No. 235980) |
| 3 |   Rachelle S. Torres (No. 243392)<br>800 West Sixth Street, Suite 1220 |
| 4 | Los Angeles, California 90017<br>Telephone:  (213) 784-6225 |
| 5 | Facsimile:   (213) 985-7155<br>E-Mail:  Scott@vicklawgroup.com |
| 6 |        Jason@vicklawgroup.com |
| 7 | |
| 8 | WACHTELL, LIPTON, ROSEN & KATZ<br>  David M. Murphy (*pro hac vice*) |
| 9 |   Warren R. Stern (*pro hac vice*)<br>  Jeffrey D. Hoschander (*pro hac vice*) |
| 10 | 51 West 52nd Street<br>New York, New York 10019 |
| 11 | Telephone:  (212) 403-1000<br>Facsimile:   (212) 403-2000 |
| 12 | E-Mail:  DMMurphy@wlrk.com |
| 13 |      JDHoschander@wlrk.com |
| 14 | Attorneys for Defendants |
| 15 | CVB FINANCIAL CORP., CHRISTOPHER D.<br>MYERS AND EDWARD J. BIEBRICH, JR. |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>    Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:        February 11, 2013<br>Time:       10:00 a.m.<br>Location:   Courtroom 780 |

- 1 -

**Defendants' Notice of Motion and**                              **CASE NO. 10-CV-06256-MMM (PJWx)**
**Motion to Dismiss SAC**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr. ("Defendants") will and hereby do move this Court for an Order dismissing Counts I and II the Lead Plaintiff's Second Amended Consolidated Class Action Complaint ("SAC") against Defendants for purported violations of Section 10(b) (Count I) and Section 20(a) (Count II) of the Exchange Act of 1934.  This Motion shall be brought for hearing before the Honorable Margaret M. Morrow, United States District Court for the Central District Of California (Western Division), 255 East Temple Street, Los Angeles California 90012, Courtroom 780, on February 11, 2013, at 10:00 a.m.

Defendants' Motion to Dismiss seeks dismissal of Counts I and II of the CAC pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and Rule 9(b), and the Private Securities Litigation Reform Act of 1995, on the grounds that the CAC fails to plead a claim for relief with sufficient particularity and otherwise fails to state a claim upon which relief can be granted.  This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and accompanying exhibits filed therewith, the Declaration of Scott Vick, argument of counsel, on all the pleadings and papers of record in this

///
///
///
///
///
///
///
///
///

| Defendants' Notice of Motion and Motion to Dismiss SAC | CASE NO. 10-CV-06256-MMM (PJWx) |
|---|---|

matter, and on such other matters as the Court may properly consider on this motion.

DATED: October 25, 2012        VICK LAW GROUP, APC


By:   /s/  Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
   Jason T. Riddick (No. 235980)
   Rachelle S. Torres (No. 243392)

WACHTELL, LIPTON, ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Warren R. Stern (*pro hac vice*)
   Wayne M. Carlin (*pro hac vice*)
   Jeffrey D. Hoschander (*pro hac vice*)

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

- 3 -

**Defendants' Notice of Motion and Motion to Dismiss SAC**        **CASE NO. 10-CV-06256-MMM (PJWx)**