VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:   Scott@vicklawgroup.com
          Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Wayne M. Carlin (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail: · DMMurphy@wlrk.com
        JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D.
MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>  Defendants. | Case No. CV 10-06256 MMM (PJWx)<br><br>**PROOF OF SERVICE** |

1   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 800 West 6th Street, Suite 1220, Los Angeles, California 90017. On October 25, 2012, I served a true copy of the following document:

**(1) DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;**

**(2) DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;**

**(3) DECLARATION OF SCOTT VICK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;**

**(4) DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;**

**(5) EXHIBITS A THROUGH VV TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;**

☐ By transmitting via facsimile from (213) 784-6226 the document(s) listed above to the fax number(s) set forth below on the date indicated. The above transmission was reported as complete and without error.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ By placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, <u>Federal Express</u>.

☐ By hand delivery.

☐ By transmitting by email the document(s) listed above to the email set forth below on this date before 5:00 p.m. (for those parties for whom email addresses are available)

**SERVICE LIST ATTACHED**

I am readily familiar with the Vick Law Group, APC's practice of collection and processing correspondence and other material for mailing. Under that practice, and in the ordinary course of our business, outgoing mail is deposited with the U.S. Postal Service with postage fully prepaid thereon. I am aware that on motion of the party served, service may be

Proof of Service                                                                                 Case No. 10-CV-06256-MMM (PJWx)

1  presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

2  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 25, 2012, at Los Angeles, California.

*[signature: Tracy Rinebold]*

Tracy Rinebold

Proof of Service                                                                                   Case No. 10-CV-06256-MMM (PJWx)

## SERVICE LIST

| | |
|---|---|
| Blair A. Nicholas<br>Bernstein Litowitz Berger<br>& Grossman LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 32130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |
| Gerald H. Silk<br>Bernstein Litowitz Berger<br>& Grossman LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 32130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |
| Timothy A. DeLange<br>Bernstein Litowitz Berger<br>& Grossman LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 32130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |
| Niki L. Mendoza<br>Bernstein Litowitz Berger<br>& Grossman LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 32130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |
| Joseph Goodman<br>Bernstein Litowitz Berger<br>& Grossman LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 32130 | Attorney for Lead Plaintiff Jacksonville Police & Fire Pension Fund |