1  VICK LAW GROUP, APC
      Scott Vick (No. 171944)
2     Jason T. Riddick (No. 235980)
      Rachelle Torres (No.  243392)
3  800 West Sixth Street, Suite 1220
4  Los Angeles, California 90017
   Telephone:  (213) 784-6225
5  Facsimile:   (213) 985-7155
   E-Mail:   Scott@vicklawgroup.com
6              Jason@vicklawgroup.com
7
   WACHTELL, LIPTON, ROSEN & KATZ
8     David M. Murphy (*pro hac vice*)
      Warren R. Stern (*pro hac vice*)
9      Jeffrey D. Hoschander (*pro hac vice*)
10 51 West 52nd Street
   New York, New York 10019
11 Telephone:  (212) 403-1000
   Facsimile:   (212) 403-2000
12 E-Mail:  DMMurphy@wlrk.com
              JDHoschander@wlrk.com
13
14 Attorneys for Defendants
   CVB FINANCIAL CORP., CHRISTOPHER D.
15 MYERS AND EDWARD J. BIEBRICH, JR.

16                 UNITED STATES DISTRICT COURT

17     FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

19 | BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 10-06256 MMM (PJWx) |
20 | | |
   | | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
21 |         Plaintiff, | |
22 |  v. | |
23 | CVB FINANCIAL CORP., et al., | |
24 |        Defendants. | Date:        February 11, 2013 |
25 | | Time:        10:00 a.m. |
   | | Location:    Courtroom 780 |
26

27

28

1           Pursuant to Rule 201 of the Federal Rules of Evidence and in support of

2   their Motion to Dismiss the Second Amended Consolidated Class Action

3   Complaint ("MTD SAC"), defendants CVB Financial Corp. ("CVB"), Christopher

4   D. Myers, and Edward J. Biebrich, Jr. respectfully request that the Court judicially

5   notice the following documents and facts, the vast majority of which the Court

6   already has taken judicial notice of, attached hereto as Exhibits A through Z , and

7   AA through VV, and authenticated in the Declaration of Scott Vick filed

8   concurrently herewith.  For the Court's convenience, defendants have used the

9   same exhibit designations for exhibits A through Z and AA through TT as were

10  used in defendants' previous request for judicial notice and the declaration of Scott

11  Vick filed on March 26, 2012 (collectively "March, 2012 request for judicial

12  notice").  *See* Order Granting Motion to Dismiss dated August 21, 2012 ("FAC

13  Dismissal Order") [Docket No. 71] at 17-19.

14  I.      **CVB'S SEC FILINGS**

15          Defendants request that the Court consider the existence and contents of the

16  following documents filed by CVB with the United States Securities and Exchange

17  Commission ("SEC"), certain relevant portions of which are attached hereto,[1]

18  under the judicial notice and/or "incorporation by reference" doctrines:

19

| Exhibit | SEC Filing | SAC |
|---------|-----------|-----|
| A | **Form 10-K** – **FY-2006**<br>filed March 1, 2007 | |
| B | **Form 10-K** – **FY-2007**<br>filed February 29, 2008 | |
| C | **Form 10-K** – **FY-2008**<br>filed February 27, 2009 | |
| D | **Form 10-K** – **FY-2009**<br>filed March 4, 2010 | ¶¶ 3,134, 136-38, 140 |

---

[1]     Defendants request the Court take judicial notice of the existence of these
documents and their contents, but not the truth of any statement contained therein.

| Exhibit | SEC Filing | SAC |
|---------|-----------|-----|
| E | **Form 10-K – FY-2010**<br>filed March 1, 2011 | ¶ 109 |
| QQ | **Form 10-K – FY-2011**<br>filed February 29, 2012 | |
| F | **Form 10-Q – Q2-2009**<br>filed August 5, 2009 | |
| G | **Form 10-Q – Q3-2009**<br>filed November 5, 2009 | ¶¶ 116, 118, 120-23 |
| H | **Form 10-Q – Q1-2010**<br>filed May 10, 2010 | ¶¶ 146-47, 151, 153-54 |
| I | **Form 10-Q – Q2-2010**<br>filed August 9, 2010 | |
| PP | **Form 10-Q – Q2-2011**<br>filed August 9, 2011 | |
| J | **Form 8-K – Q2-2009<br>Earnings Release**<br>filed July 16, 2009 | |
| K | **Form 8-K – FY-2009<br>Earnings Release**<br>filed January 26, 2010 | |
| L | **Form 8-K – Q1-2010<br>Earnings Release**<br>filed April 23, 2010 | |
| M | **Form 8-K – Q3-2010<br>Press Release and<br>Investor Presentation**<br>filed September 10, 2010 | ¶¶ 13, 54, 146, 198, 200,<br>220, 222-25 |
| N | **Form 8-K – Q3-2010<br>Earnings Release**<br>filed October 22, 2010 | |

| Exhibit | SEC Filing | SAC |
|---------|------------|-----|
| O | Form 8-K – FY-2010 Earnings Release filed January 21, 2011 | ¶¶ 14, 133 |
| P | Form 8-K Press Release filed March 31, 2011 | |
| Q | Form 4 Myers Stock Sale filed October 13, 2009 | ¶¶ 22, 195 |
| R | Form 4 Myers Stock Sale filed February 26, 2010 | ¶¶ 15, 22, 195 |
| LL | From 8-K – Q1-2011 Earnings Release filed April 21, 2011 | |
| MM | Form 8-K – Q2-2011 Earnings Release filed July 21, 2011 | |
| NN | Form 8-K – Q3-2011 Earnings Release filed October 20, 2011 | |
| OO | Form 8-K-FY-2011 Earnings Release filed January 19, 2012 | |
| UU | Form 8-K –Q1-2012 Earnings Release filed April 19, 2012 | |
| VV | Form 8-K-Q2-2012 Earnings Release filed July 19, 2012 | |

In its order granting defendants' previous motion to dismiss and its previous request for judicial notice, this Court recognized that it is proper to take judicial notice of SEC filings on a motion to dismiss.  FAC Dismissal Order at 17-19.  In fact, courts regularly take judicial notice of and consider SEC filings when ruling

1   on a motion to dismiss.  *See, e.g.*, *Metzler Inv. GMBH* v. *Corinthian Colleges, Inc.*,
2   540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (approving the taking of judicial notice of
3   SEC filings); *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999);
4   *New York State Teachers' Ret. Sys.* v. *Fremont Gen. Corp.*, 2009 WL 3112574, at
5   *1, 13 (C.D. Cal. Sept. 25, 2009); *Patel* v. *Parnes*, 253 F.R.D. 531, 544-45 (C.D.
6   Cal. 2008); *In re Hansen Natural Corp. Sec. Litig.*, 527 F. Supp. 2d 1142, 1149 n.2
7   (C.D. Cal. 2007).  And apart from taking judicial notice of all of these documents
8   under Rule 201, the Court should also consider Exhibits D, E, G, H, M, O, Q, and
9   R under the "incorporation by reference" doctrine, which permits a district court to
10  consider documents whose contents are alleged, but are not attached to a
11  complaint.  *See* FAC Dismissal Order at 18.

12          In fact, the Court has already taken judicial notice of Exhibits A through R,
13  which were attached to defendants' May 2011 and March 2012 requests for
14  judicial notice with the same exhibit designations.  FAC Dismissal Order at 17-18.
15  (also noting:  "[T]o the extent defendants seek judicial notice of documents other
16  than those the court previously noticed, they are of the same type as those noticed
17  earlier.  Plaintiff does not object to defendants' request or question the authenticity
18  of any of the proffered documents.").  Accordingly, defendants request that the
19  Court once again judicially notice these documents and/or consider them under the
20  "incorporation by reference" doctrine.

21  **II.     ANALYST REPORTS**

22          Defendants request that the Court take judicial notice of the existence and
23  contents of the following CVB analyst reports and/or consider them under the
24  "incorporation by reference" doctrine:

| Exhibit | Analyst Report | SAC |
|---------|----------------|-----|
| **S** | **Macquarie**<br>dated January 25, 2010 | ¶ 141 |

28

| | | |
|---|---|---|
| **T** | **FIG Partners** <br> dated April 9, 2010 | |
| **U** | **Credit Suisse** <br> dated August 10, 2010 | ¶ 215 |
| **V** | **Macquarie** <br> dated August 10, 2010 | ¶ 218 |
| **W** | **FIG Partners** <br> dated August 11, 2010 | ¶ 214 |
| **X** | **Credit Suisse** <br> dated September 10, 2010 | ¶ 226 |
| **Y** | **Howe Barnes Hoefer &** <br> **Arnett** <br> dated September 13, 2010 | ¶ 227 |

In the FAC Dismissal Order, this Court stated that analyst reports are proper subjects of judicial notice. FAC Dismissal Order at 18 (citations omitted). In addition, a number of the analyst reports are referenced in the SAC, and thus should be considered under the incorporation by reference doctrine. *In re Silicon Graphics Sec. Litig.*, 183 F.3d at 986. Furthermore, the Court has already taken judicial notice of all these analyst reports, which were attached to defendants' May 2011 and March 2012 requests for judicial notice with the same exhibit designations. FAC Dismissal Order at 17-18.

## III.   <u>NEWS REPORTS</u>

Defendants request that the Court take judicial notice of the existence and contents of the following news reports:

| **<u>Exhibit</u>** | **<u>News Reports</u>** |
|---|---|
| **Z** | Peter Eavis, *Bank's Bugbear: Commercial Real Estate*, Wall St. J., June 29, 2009. |
| **AA** | Alistair Barr, *California Bank is Put to Test on Commercial Real Estate*, Market Watch, Jan. 7, 2010. |

In the FAC Dismissal Order, this Court held that taking judicial notice of "news reports regarding CVB's financial performance" was appropriate. *See* FAC

Dismissal Order at 18 (citations omitted); *see also Patel*, 253 F.R.D. at 548-50. Furthermore, the Court has already taken judicial notice of these news reports, which were attached to defendants' May 2011 and March 2012 requests for judicial notice with the same exhibit designations.  FAC Dismissal Order at 17-18.

## IV.    HISTORICAL STOCK PRICES

Defendants request that the Court take judicial notice of the historical stock prices for CVB (January 1, 2008 through October 15, 2012) as well as various peer banks that faced closure in 2008 and 2009, and are thus publicly listed as Failed Financial Institutions per the FDIC.  Such banks are: PFF Bank and Trust, Temecula Valley Bank, 1st Centennial Bank and Vineyard Bank.

| Exhibit | Item |
| --- | --- |
| **BB** | CVB stock prices (January 2, 2008 through October 15, 2012) obtained from Yahoo! Finance at http://finance.yahoo.com/q?s=cvbf&ql=1. |
| **CC** | PFF Bank and Trust historical stock prices (January 2, 2008 through May 12, 2011) obtained from Bloomberg Finance L.P. |
| **DD** | PFF Bank and Trust's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp. |
| **EE** | 1st Centennial Bank historical stock prices (January 2, 2008 through May 11, 2011) obtained from Bloomberg Finance L.P. |
| **FF** | 1st Centennial Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp. |
| **GG** | Temecula Valley Bank historical stock prices (January 2, 2008 through March 15, 2011) obtained from Bloomberg Finance L.P. |
| **HH** | Temecula Valley Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp. |

1
2
3

| II | Vineyard Bank historical stock prices (January 2, 2008 through May 12, 2011) obtained from Bloomberg Finance L.P. |

4
5

| JJ | Vineyard Bank's Failed Financial Institution form obtained from the FDIC's website at http://www2.fdic.gov/drrip/cs/index.asp. |

6

7        A defendant company's stock prices on particular dates are a classic

8   example of which a court may take judicial notice.  Such information is publicly

9   available and "capable of accurate and ready determination."  *Patel*, 253 F.R.D. at

10  547-48 (*citing* Fed. R. Evid. 201).  Furthermore, the Court has already taken

11  judicial notice of these historical stock price reports and FDIC forms, which were

12  attached to defendants' May 2011 and March 2012 requests for judicial notice with

13  the same exhibit designations.  FAC Dismissal Order at 17-18.[2]

**VI.    SEC REPORTING RELEASE AND INTERAGENCY AGREEMENT**

14        Defendants request that the Court take judicial notice of the existence and

15  contents of the following:

16   | **Exhibit** | **Reporting Release** | **SAC** |

17   | **RR** | **SEC Financial Reporting Release No. 13** | ¶¶ 84, 99 |

18        dated August 19, 1983

19   | **SS** | **Uniform Agreement on the Classification of Assets and Appraisal of Securities Held By Banks and Thrifts** |

20        (available at http://www.fdic.gov/news/news/financial/

21        2004/fil7004a.html)

22        Defendants further request that the Court take judicial notice of the

23  following SEC Industry Guide and SEC Staff Accounting Bulletins:

24        (a)    SEC Staff Accounting Bulletin No. 114 (cited in the SAC at ¶¶ 104-

25               07), which is available at http://www.sec.gov/interps

26               /account/sab114.pdf.

27

28   [2]      Exhibit BB reflects an updated CVB historical stock price report.

(b)     SEC Staff Accounting Bulletin No. 102 (cited in the SAC at ¶¶ 62, 64, 69), which is  available at http://www.sec.gov/interps /account/sab102.htm.

(c)     SEC Industry Guide 3: Statistical Disclosure By Bank Holding Company (cited in the SAC at ¶¶ 83, 92), which is available at http://www.sec.gov/about/forms/industryguides.pdf

In the FAC Dismissal Order, this Court stated that publicly available SEC and FDIC financial reporting guidance documents are proper subjects of judicial notice.  In addition, most of these documents are referenced in the SAC, and thus should be considered under the incorporation by reference doctrine.  The Court has already taken judicial notice of Exhibits RR and SS, which were attached to defendants' May 2011 and March 2012 requests for judicial notice with the same exhibit designations.  FAC Dismissal Order Order at 17-18.

## VII.   GAAP & FDIC REPORTING REQUIREMENTS

Defendants request that the Court take judicial notice of GAAP pronouncements and FDIC reporting requirements:

(a)     The Financial Accounting Standards Board ("FASB") pronouncement entitled Disclosures about the Credit Quality of Financing Receivables and the Allowance for Credit Losses, FASB ASU 2010-20 (July 2010) (amending ASC Topic 310) ("FASB ASU 2010-20"), which is available at http://www.fasb.org/cs/BlobServer?blobcol=urldata& blobtable=MungoBlobs&blobkey=id&blobwhere=1175821014426&b lobheader=application/pdf.

(b)     The fact that FASB ASU 2010-20 was a new GAAP pronouncement, which took effect in 2010, and which required that banks comply with expanded disclosure rules.

| | |
|---|---|
| 1 | (c)     Instructions for Preparation of Consolidated Reports of Condition and |
| 2 | Income (FFIEC 031 & 041) (March 2011), available at http:// |
| 3 | www.ffiec.gov/PDF/FFIEC_forms/FFIEC031_041_200503_i.pdf. |

| 4 | **Exhibit** | **FASB Release/Regulation** | **SAC** |
|---|---|---|---|
| 5 | **TT** | **FASB ASC 310-40-15-5** | ¶¶ 66, 68 |

6    In the FAC Dismissal Order, this Court stated that publicly available FDIC

7  and FASB guidance documents are proper subjects of judicial notice.  FAC

8  Dismissal Order at 18 (citations omitted).  Furthermore, the Court has already

9  taken judicial notice of all this.  FAC Dismissal Order at 17-18; Order Dismissing

10  the Consolidated Class Action Complaint dated Jan. 1, 2012 [Docket No. 59]

11  ("CAC Dismissal Order") at 28-30.

12  **VIII.  FDIC UNIFORM BANK PERFORMANCE REPORT**

13    Defendants request that the Court take judicial notice of:

14    (a)     The fact that the FDIC Uniform Bank Performance Report ("UBPR")

15        for CVB is publicly available on the website of the Federal Financial

16        Institutions Examination Council, https://cdr.ffiec.gov/public/

17        ManageFacsimiles.aspx.

18    In its orders granting defendants' motions to dismiss plaintiff's previous

19  complaints, the Court took judicial notice of this.   FAC Dismissal Order at 17-18;

20  CAC Dismissal Order at 30.

21  **IX.     MISCELLANEOUS**

22    Defendants further request that the Court take judicial notice of:

23    (a)     The absence of any financial statement restatement filed by CVB

24        during or after the putative class period.

25    The Court may consider the absence of restatements because their absence

26  *tends* to negate any inference of scienter.  *See McCasland* v. *FormFactor, Inc.*,

27  2008 WL 2951275 (N.D. Cal. July 25, 2008) (dismissing complaint and noting that

28

---

1   the absence of restatement tends to render plaintiff's theory of fraud implausible).

2   Notably, the SAC does not contend that CVB filed any financial restatements.

3   Moreover, the Court previously judicially noticed the fact that CVB did not file

4   any financial restatement relevant to the putative class period.  FAC Dismissal

5   Order at 17-18; CAC Dismissal Order at 30.

6                                    **<u>CONCLUSION</u>**

7          For the foregoing reasons, Defendants respectfully request that the Court

8   take judicial notice of the foregoing.

9   DATED:    October 25, 2012          Respectfully submitted,

10

11                                      By:   /s/  Scott Vick

12                                      VICK LAW GROUP, APC
                                          Scott Vick (No. 171944)
13                                        Jason T. Riddick (No. 235980)
                                          Rachelle Torres (No.  243392)
14

15                                      WACHTELL, LIPTON, ROSEN & KATZ
                                          David M. Murphy (*pro hac vice*)
16                                        Warren R. Stern (*pro hac vice*)
                                          Jeffrey D. Hoschander (*pro hac vice*)
17

18                                      Attorneys for Defendants
                                        CVB FINANCIAL CORP., CHRISTOPHER D.
19                                      MYERS AND EDWARD J. BIEBRICH, JR.

20

21

22

23

24

25

26

27

28