BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police
& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>　　　　　Defendants. | Case No. 10-cv-06256-MMM (PJWx)<br><br>**DECLARATION OF TIMOTHY A. DeLANGE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:　　　February 11, 2013<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 780<br>Judge:　Hon. Margaret M. Morrow |

I, Timothy A. DeLange, certify and declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund ("Plaintiff"). I am a member in good standing for the Bar of the State of California.

2. I submit this declaration, and the following exhibit, in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of the verified complaint in *Citizens Business Bank, N.A. v. St. James & Ennis Hanford Invest., LLC*, Case No. 09C 0141, Superior Court of California, County of Kings, filed on May 12, 2009. Exhibit 1 of the verified complaint is the October 21, 2005 Term Agreement between Citizens Business Bank and St. James & Ennis.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December 2012.

> */s/ Timothy A. DeLange*
> TIMOTHY A. DeLANGE