BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
       -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>　　　　　　　Defendants. | CASE NO. CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:　　　February 11, 2013<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 780<br>Judge:　　Hon. Margaret M. Morrow |

Lead Plaintiff Jacksonville Police & Fire Pension Fund ("Lead Plaintiff") hereby submits a recent opinion by the Ninth Circuit Court of Appeals reversing a district court's dismissal of a securities fraud class action complaint for failure to sufficiently plead scienter: *In re Verifone Holdings, Inc. Securities Litigation*, No. 11-15860, D.C. No. 3:07-cv-06140-MHP (9th Cir. Dec. 21, 2012) (attached hereto as Exhibit A).  In *Verifone*, the Ninth Circuit held that the complaint's allegations that the "hands-on" top management "would have been aware," or at a minimum "were on notice that there might be issues," but then, failed to disclose the concerns to investors, and instead "reassured investors and analysts" to the contrary, were sufficient to compel the "overwhelming inference drawn from a holistic view" that Defendants were, at a minimum, deliberately reckless as to the truth or falsity of their statements.  *Id.* at *28-30.

Dated: January 4, 2013                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


   */s/ Timothy A. DeLange*
    TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646
(nikim@blbglaw.com)
JOSEPH GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400

-1-   NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 10-cv-06256-MMM (PJWx)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*