VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)
  800 West Sixth Street, Suite 1220
Los Angeles, California  90017
Telephone:  (213) 784-6225
Facsimile:   (213) 985-7155
E-Mail:  Scott@vicklawgroup.com
            Jason@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:  DMMurphy@wlrk.com
            JDHoschander@wlrk.com

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CVB FINANCIAL CORP., et al., <br><br> Defendants. | Case No. CV 10-06256 MMM (PJWx) <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date:     February 11, 2013 <br> Time:    10:00 a.m. <br> Location:  Courtroom 780 |

On January 4, 2013, plaintiff submitted the Ninth Circuit's recent opinion in *In re VeriFone Holdings, Inc. Securities Litigation*, No. 11-15860 (9th Cir. Dec. 21, 2012). *VeriFone* is fully consistent with previous Ninth Circuit precedent and factually unlike the case at bar. Indeed, that in *VeriFone* falsity was admitted, financial restatements were required and made, and individual scienter was so particularly alleged, only highlights the pleading deficiencies adumbrated in this Court's prior opinions and defendants' briefs. Nonetheless, defendants stand ready to address *VeriFone* in additional briefing or at oral argument if the Court wishes.

DATED:  January 8, 2013          Respectfully submitted,

By:   /s/  Scott Vick

VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason T. Riddick (No. 235980)
  Rachelle S. Torres (No. 243392)


WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
  Warren R. Stern (*pro hac vice*)
  Jeffrey D. Hoschander (*pro hac vice*)

Attorneys for Defendants
CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.