[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1   WHEREAS, the hearing on Defendants' Motion to Dismiss the Second
Amended Consolidated Class Action Complaint ("MTD") is currently set for
February 11, 2013 at 10:00 a.m.;

WHEREAS, Counsel for Plaintiff has a scheduling conflict on February 11, 2013, but is available two weeks later, on February 25, 2013;

WHEREAS, the Court has indicated it is available to hear the Motion on February 25, 2013 at 10:00 a.m., and has asked the parties to prepare a joint stipulation and accompanying proposed order to that effect;

**IT IS HEREBY STIPULATED AND AGREED** that the parties jointly request that the Court reschedule the hearing of the Motion from February 11, 2013 at 10:00 a.m. to February 25, 2013 at 10:00 a.m.

DATED: January 24, 2013          Respectfully submitted,

By:   /s/
      Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
   Jason T. Riddick (Bar No. 235980)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  213.784.6225
Facsimile:   213.784.6226
scott@vicklawgroup.com
jason@vicklawgroup.com

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.*

DATED: January 24, 2013

By: /s/
    Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
    Blair A. Nicholas (No. 178428)
    Timothy A. DeLange (No. 190768)
    Niki L. Mendoza (No. 214646)
    Paul M. Jonna (No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
paulj@blbglaw.com

-and-

    Gerald H. Silk (*pro hac vice pending*)
    Avi Josefson (*pro hac vice pending*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28