| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CVB FINANCIAL CORP., et al., <br><br> Defendants. | CASE NO.: CV 10-06256 MMM (PJWx) <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION FOR RESCHEDULING HEARING OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1  Having considered the parties' joint stipulation, the Court hereby orders that
2  the hearing on Defendants' Motion to Dismiss the Second Amended Consolidated
3  Class Action Complaint be continued from February 11, 2013 at 10:00 a.m. to
4  February 25, 2013 at 10:00 a.m.

6  **IT IS SO ORDERED**

8  Dated: January ___, 2013                    _____
9                                              Honorable Margaret M. Morrow
                                               United States District Judge



[PROPOSED] ORDER ON JOINT STIPULATION
CV 10-06256 MMM (PJWX)