1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR RESCHEDULING HEARING OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
|---|---|

(Note: "PROPOSED" is struck through)

1  Having considered the parties' joint stipulation, the Court hereby orders that
2  the hearing on Defendants' Motion to Dismiss the Second Amended Consolidated
3  Class Action Complaint be continued from February 11, 2013 at 10:00 a.m. to
4  February 25, 2013 at 10:00 a.m.

6  **IT IS SO ORDERED**

8  Dated: January 25, 2013

                                                    *Margaret M. Morrow*
                                   Honorable Margaret M. Morrow
                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28