# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | FOR COURT USE ONLY |
|---|---|
| | DUE DATE: |

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME Jason Riddick | 2. PHONE NUMBER 213-784-6230 | 3. DATE May 9, 2013 |
|---|---|---|

| 4. FIRM NAME: Vick Law Group, APC | 5. E-MAIL ADDRESS: jason@vicklawgroup.com |
|---|---|

| 6. MAILING ADDRESS 800 West 6th Street, Suite 1220 | 7. CITY Los Angeles | 8. STATE CA | 9. ZIP CODE 90017 |
|---|---|---|---|

| 10. CASE NUMBER 2:10-cv-06256 | 11. CASE NAME Lloyd v. CVB Financial Corp., et al. | 12. JUDGE Hon. Margaret Morrow |
|---|---|---|

| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT   ☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER _____ |
|---|---|

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 2/25/13, 10 a.m. | Nirenberg, C. | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Mot. to Dismiss 2nd Amended Complaint |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:          Day:          Year:

Transcript payment arrangements were made with:

17. DATE:   May 9, 2013

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: *Jason Riddick*

Month:          Day:          Year:

G-120 (09/12)