BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police
& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>           Defendants. | Case No. 10-cv-06256-MMM (PJWx)<br><br>**LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, with reservation of all appellate rights, Lead Plaintiff Jacksonville Police & Fire Pension Fund ("Lead Plaintiff") does not intend to file a Third Amended Complaint in this action, but will stand upon the existing pleading. To that end, Lead Plaintiff respectfully requests that judgment be entered so that an appeal may be taken therefrom. The Proposed Judgment is attached hereto as Exhibit A.

Dated: June 3, 2013

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

   */s/ Timothy A. DeLange*
   TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DeLANGE (Bar No.190768)
NIKI L. MENDOZA (Bar No. 214646)
JOSEPH W. GOODMAN (Bar. No. 230161)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
   -and-
GERALD H. SILK
AVI JOSEFSON
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*