# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, | Case No. 10-cv-06256-MMM (PJWx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| CVB FINANCIAL CORP., *et al.*, | |
| Defendants. | |

1    On May 9, 2013, the Court entered its Order Granting Defendants' Motion

2  To Dismiss Lead Plaintiff's Second Amended Complaint with leave to amend.  On

3  June 3, 2013, Lead Plaintiff filed a Notice Of Intent Not To File An Amended

4  Complaint, indicating that Lead Plaintiff has chosen not to amend its complaint

5  and instead wishes to appeal.

6    Accordingly, and good cause appearing,

7    IT IS HEREBY ORDERED and ADJUDGED that:

8    1.    Judgment is entered in favor of Defendants and against Lead Plaintiff.

9    2.    This action is dismissed with prejudice.

10  The Clerk of the Court is directed to close the file.

12  Dated:  _____, 2013

13                              _____
14                              Honorable Margaret M. Morrow
                                United States District Judge