
Case 2:10-cv-06256-MMM-PJW   Document 89-2   Filed 06/03/13   Page 1 of 4   Page ID #:2781

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police
& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>                Defendants. | CASE NO. CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**DECLARATION OF SERVICE**<br><br>Judge:    Hon. Margaret M. Morrow |

I, Dena Bielasz, do hereby certify that on this 3rd day of June, 2013, true and correct copies of the foregoing were filed electronically.

- **LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT; EXHIBIT A [PROPOSED] JUDGMENT; and**

- **DECLARATION OF SERVICE**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*[signature]*
Dena Bielasz, C.P.

**SERVICE LIST**

Lewis S. Kahn
**Kahn Swick & Foti LLC**
206 Covington Street
Madisonville, LA 70447
Tel:   504-455-1400
Fax:   504-455-1498
lewis.kahn@ksfcounsel.com

*Attorneys for Plaintiff Barry R. Lloyd*

Michael D. Braun
**Braun Law Group PC**
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel:   310-836-6000
Fax:   310-836-6010
service@braunlawgroup.com

*Attorneys for Plaintiff Barry R. Lloyd*

Darren J. Robbins
Catherine J. Kowalewski
David C. Walton
Jonah H. Goldstein
**Robbins Geller Rudman & Dowd LLP**
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
Tel:   619-231-1058
Fax:   619-231-7423
E_file_sd@rgrdlaw.com
katek@rgrdlaw.com
davew@rgrdlaw.com
jgoldstein@rgrdlaw.com

*Attorneys for Plaintiff Barry R. Lloyd*

| | |
|---|---|
| 1 | Scott Vick |
| 2 | **Vick Law Group**<br>800 W. Sixth Street, Suite 1220 |
| 3 | Los Angeles, CA 90017<br>Tel:   310-598-7044 |
| 4 | Fax:   310-784-6226 |
| 5 | scott@vicklawgroup.com |
| 6 | *Attorneys for Defendants CVB Financial Corp.,* |
| 7 | *Christopher D. Myers and Edward J. Biebrich, Jr.* |
| 8 | Wayne M. Carlin |
| 9 | Jeffrey D. Hoschander<br>Warren R. Stern |
| 10 | David M. Murphy<br>**Wachtell, Lipton, Rosen & Katz** |
| 11 | 51 West 52nd Street |
| 12 | New York, NY 10019<br>Tel:   212-403-1272 |
| 13 | Fax:   212-403-2324 |
| 14 | WMCarlin@wlrk.com<br>JDHoschander@wlrk.com |
| 15 | wrstern@wlrk.com<br>DMMurphy@wlrk.com |
| 16 | |
| 17 | *Attorneys for Defendants CVB Financial Corp.,*<br>*Christopher D. Myers and Edward J. Biebrich, Jr.* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |