JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY R. LLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO. CV 10-06256 MMM (PJWx)<br><br>JUDGMENT FOR DEFENDANTS |

On May 9, 2013, the court granted defendants' motion to dismiss lead plaintiff's second amend complaint with leave to amend. On June 3, 2013, lead plaintiff filed a notice of intent not to file an amended complaint and requested that the court enter judgment against it. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That plaintiffs take nothing by way of their complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: September 27, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE