Name: Timothy A. DeLange (Bar No. 190768)
Address: Bernstein Litowitz Berger & Grossmann LLP
City, State, Zip: 12481 High Bluff Drive, Suite 300
Phone: (858) 793-0070
Fax: (858) 793-0323
E-Mail: timothyd@blbglaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARRY R. LLOYD, individually and on behalf of all others similarly situated,

PLAINTIFF(S),

v.

CVB FINANCIAL CORP., et al.,

DEFENDANT(S).

CASE NUMBER:

CV 10-06256 MMM (PJWx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Jacksonville Police & Fire Pension Fund_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
[Dkt. 84] Order Granting Motion to Dismiss

☒ Judgment (specify):
[Dkt. 91] Judgment for Defendants

☐ Other (specify):

Imposed or Filed on _May 9 and Sept 27, 2013_. Entered on the docket in this action on _May 9 and Sept. 30, 2013_.

A copy of said judgment or order is attached hereto.

October 24, 2013                      /s/ Timothy A. DeLange
Date                                  Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                          NOTICE OF APPEAL