BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police
& Fire Pension Fund and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>    Defendants. | CASE NO. CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br><br>**REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2** |

Pursuant to Circuit Rule 3-2 for the United States of Appeals for the Ninth Circuit, Lead Plaintiff Jacksonville Police & Fire Pension Fund, on behalf of itself and all others similarly situated, submits the following Representation Statement which includes the names and addresses of the attorneys for each party in this action:

| **Counsel for Lead Plaintiff Jacksonville Police and Fire Pension Fund** ||
|---|---|
| Blair A. Nicholas<br>Timothy A. DeLange<br>Niki L. Mendoza<br>Joseph Goodman<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>-and-<br>Gerald H. Silk<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444 | |

| **Counsel for Plaintiff Barry R. Lloyd** ||
|---|---|
| Lewis S. Kahn<br>**Kahn Swick & Foti LLC**<br>206 Covington Street<br>Madisonville, LA 70447<br>Tel: (504) 455-1400<br>Fax: (504) 455-1498 | Michael D. Braun<br>**Braun Law Group PC**<br>10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064<br>Tel: (310) 836-6000<br>Fax: (310) 836-6010 |

| **Counsel for Defendants CVB Financial Corporation, Christopher D. Myers, Edward J. Biebrich, Jr.** ||
|---|---|
| David M. Murphy<br>Jeffrey D. Hoschander<br>Warren R. Stern<br>Wayne M. Carlin | T. Scott Vick<br>**Vick Law Group APC**<br>800 West 6th Street, Suite 1220<br>Los Angeles, CA 90017 |

-1-  REPRESENTATION STATEMENT
Case No. 10-cv-06256-MMM (PJWx)

| **Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>Tel:   (212) 403-1324<br>Fax:  (212) 403-2272 | Tel:   (213) 784-6225<br>Fax:  (213) 784-6226 |
|---|---|

Dated: October 24, 2013

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

  */s/ Timothy A. DeLange*
   TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
       -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*