BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DeLANGE (Bar No.190768)
(timothyd@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville Police*
*& Fire Pension Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>                    Defendants. | CASE NO. CV 10-06256 MMM (PJWx)<br><br>CLASS ACTION<br><br>**DECLARATION OF SERVICE**<br><br>Judge:   Hon. Margaret M. Morrow |

I, Jessica Cuccurullo, do hereby certify that on this 24th day of October, 2013, true and correct copies of the foregoing were filed electronically.

- **NOTICE OF APPEAL;**
- **REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2; and**
- **DECLARATION OF SERVICE**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

Jessica Cuccurullo, C.P.

# SERVICE LIST

Lewis S. Kahn
**Kahn Swick & Foti LLC**
206 Covington Street
Madisonville, LA 70447
Tel:    504-455-1400
Fax:    504-455-1498
lewis.kahn@ksfcounsel.com

Michael D. Braun
**Braun Law Group PC**
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel:    310-836-6000
Fax:    310-836-6010
service@braunlawgroup.com

*Attorneys for Plaintiff Barry R. Lloyd*

Scott Vick
**Vick Law Group**
800 W. Sixth Street, Suite 1220
Los Angeles, CA 90017
Tel:    310-598-7044
Fax:    310-784-6226
scott@vicklawgroup.com

Wayne M. Carlin
Jeffrey D. Hoschander
Warren R. Stern
David M. Murphy
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, NY 10019
Tel:    212-403-1272
Fax:    212-403-2324
WMCarlin@wlrk.com
JDHoschander@wlrk.com
wrstern@wlrk.com
DMMurphy@wlrk.com

*Attorneys for Defendants CVB Financial Corp.,
Christopher D. Myers and Edward J. Biebrich, Jr.*