# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barry R. Lloyd

PLAINTIFF(S),

v.

CVB Financial Corp. et al

DEFENDANT(S).

CASE NUMBER:

2:10-cv-06256 MMM(PJWx)

**NOTICE OF  REASSIGNMENT
OF CASE DUE TO UNAVAILABILITY
OF JUDICIAL OFFICER**

To:    All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court,  the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☑ Hon. Christina A. Snyder                        , U.S. District Judge for all further proceedings.
☐ Hon.                                             , Magistrate Judge for:
    ☐ any discovery and/or post-judgment matters that may be referred.
    ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: 2:10-cv-06256 CAS(PJWx)                        . This is very important because documents are routed by the initials.

Clerk U.S. District Court

03/07/2016
Date

By: Robert R. Nadres
                              Deputy Clerk

G-74 (04/14)          NOTICE OF  REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER