# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - APPEALS

| | | | |
|---|---|---|---|
| Case No. | CV10-6256-CAS(PJWx) | Date | March 10, 2016 |
| Court of Appeals Case No. | 13-56838 | | |
| Title | *BARRY R. LLOYD; ET AL. v. CVB FINANCIAL CORP; ET AL.* | | |
| Present: The Honorable | CHRISTINA A. SNYDER | | |

| CATHERINE M. JEANG | NOT PRESENT | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| NOT PRESENT | NOT PRESENT |

**PROCEEDINGS:** (IN CHAMBERS): HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

    \_\_\_ Affirming     \_\_\_ Dismissing Appeal     **X** Affirming in part, reversing in part

    **X** Remanding     \_\_\_ Reversing and Remanding     \_\_\_ Other: _____

\_\_\_ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of: $ _____ on _____

**X** Other: The Court sets a Status Conference re: Filing and Spreading of the United States Court of Appeals for the Ninth Circuit Mandate and Case on **May 2, 2016**, at **11:00 A.M.**

**X** Make JS-5

                                                                                                                         00 : 00

                                                                Initials of Deputy Clerk          CMJ