[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256-CAS (PJWx)<br><br>**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

1  WHEREAS, the Court set a Status Conference Regarding Filing and
2  Spreading of the United States Court of Appeals for the Ninth Circuit Mandate and
3  Case for May 2, 2016 at 11:00 a.m.;

4  WHEREAS, Scott Vick, Counsel for Defendants has a scheduling conflict
5  on May 2, 2016 involving a prior scheduled trip out of the country, but is available
6  three weeks later, on May 23, 2016;

7  **IT IS HEREBY STIPULATED AND AGREED** that the parties jointly
8  request that the Court continue the Status Conference from May 2, 2016 at 11:00
9  a.m. to May 23, 2016 at 11:00 a.m.

11  DATED: April 5, 2016          Respectfully submitted,

By: /s/ *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
scott@vicklawgroup.com

- *and* -

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
   Jeffrey D. Hoschander (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D.*
*MYERS, and EDWARD J. BIEBRICH, JR.*

| | |
|---|---|
| DATED: April 5, 2016 | Respectfully submitted, |
| | By: /s/ *Timothy DeLange* |
| | Timothy DeLange |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| |    Blair A. Nicholas (No. 178428) |
| |    Timothy A. DeLange (No. 190768) |
| |    Niki L. Mendoza (No. 214646) |
| |    Paul M. Jonna (No. 265389) |
| | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA 92130 |
| | Telephone: (858) 793-0070 |
| | Facsimile:  (858) 793-0323 |
| | blairn@blbglaw.com |
| | timothyd@blbglaw.com |
| | nikim@blbglaw.com |
| | paulj@blbglaw.com |
| | *- and -* |
| |    Gerald H. Silk (*pro hac vice*) |
| |    Avi Josefson (*pro hac vice*) |
| | 1285 Avenue of the Americas, 38th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 554-1400 |
| | Facsimile:  (212) 554-1444 |
| | jerry@blbglaw.com |
| | avi@blbglaw.com |
| | *Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class* |

    I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

/s/ *Scott Vick*_____

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**