UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256-CAS (PJWx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

1   Having considered the parties' stipulation, the Court hereby orders that the
2   Status Conference be continued from May 2, 2016 at 11:00 a.m. to May 23, 2016
3   at 11:00 a.m.
4
5   **IT IS SO ORDERED**
6
7   Dated: April ___, 2016                    _____
8                                              Honorable Christina A. Snyder
                                               United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**