1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256-CAS (PJWx)<br><br>[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE |
|---|---|

1  Having considered the parties' stipulation, the Court hereby orders that the
2  Status Conference be continued from May 2, 2016 at 11:00 a.m. to May 23, 2016
3  at 11:00 a.m.
4
5  **IT IS SO ORDERED**
6
7  Dated: April 6, 2016                    _____
8                                          Honorable Christina A. Snyder
                                           United States District Judge