UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-6256-CAS(PJWx) | Date | May 23, 2016 |
|---|---|---|---|
| Title | *BARRY R. LLOYD; ET AL. v. CVB FINANCIAL CORP.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Niki Mendoza | T. Scott Vick |

**Proceedings:**   STATUS CONFERENCE RE: FILING AND SPREADING OF NINTH CIRCUIT MANDATE 13-56838

Hearing held and counsel are present. The Court orders the Ninth Circuit Mandate filed and spread forthwith. The Court confers with counsel, as stated in Court and on the record.

Defendants shall file an Answer to the Second Amended Complaint on or before June 22, 2016. Counsel shall meet and confer to stipulate regarding deadlines, as further discussed in Court and on the record.

The Court sets a Scheduling Conference on **July 25, 2016**, at **11:00 A.M.** The Scheduling Conference will be held pursuant to F.R.Civ.P 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the date of the Rule 16(b) Scheduling Conference and to report to the Court not later than 14 days after they confer on a discovery plan and the other matters required by F.R.Civ.P. 26(f) and the Local Rules of this Court.

At the Rule 16(b) Scheduling Conference, the Court will issue an order setting forth at least the following dates: the last date for joining parties, the last date to file any motion, whether or not dispositive, and the last date to complete discovery. Scheduling Conferences will ordinarily not be continued.

|  | 00 | : | 13 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |