1  VICK LAW GROUP, APC
    Scott Vick (No. 171944)
2  800 West Sixth Street, Suite 1220
3  Los Angeles, California 90017
   Telephone: (213) 784-6225
4  Facsimile:  (213) 985-7155
   E-Mail:  Scott@vicklawgroup.com
5
   WACHTELL, LIPTON, ROSEN & KATZ
6    David M. Murphy (*pro hac vice*)
7    Warren R. Stern (*pro hac vice*)
   51 West 52nd Street
8  New York, New York 10019
   Telephone: (212) 403-1000
9  Facsimile:  (212) 403-2000
   E-Mail:  DMMurphy@wlrk.com
10

11 *Attorneys for Defendants*
   *CVB FINANCIAL CORP.,*
12 *CHRISTOPHER D. MYERS AND*
   *EDWARD J. BIEBRICH, JR.*
13

                    UNITED STATES DISTRICT COURT
14
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
15
                           WESTERN DIVISION
16

17 | BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 10-06256 CAS (PJWx) |
|---|---|
| Plaintiff, | **STIPULATION REGARDING PRE-SCHEDULING CONFERENCE DEADLINES** |
| v. | |
| CVB FINANCIAL CORP., et al., | |
| Defendants. | |

**STIPULATION REGARDING PRE-SCHEDULING CONFERENCE DEADLINES**

Plaintiff Barry R. Lloyd and Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr. (collectively "Defendants") HEREBY STIPULATE and AGREE as follows:

WHEREAS, the District Court had dismissed the entire Second Amended Consolidated Class Action Complaint ("SAC") in this action and entered judgment in favor of defendants;

WHEREAS, Plaintiff appealed to the Ninth Circuit and it affirmed the dismissal order in part, reversed it in part, and remanded the action to the District Court for further proceedings;

WHEREAS, the Court held a status conference on May 23, 2016 to spread the mandate, and ordered June 22, 2016 (30 days) as the deadline for Defendants to respond to the SAC.

WHEREAS, the SAC is 111 pages long and contains 256 paragraphs, many of which are lengthy and include sub-parts;

WHEREAS, Defendants have requested, and Plaintiff has agreed to provide Defendants with a 13-day extension of time to answer to the SAC in this action to and including July 5, 2016;

WHEREAS, the parties have agreed that the deadline for the parties to exchange Initial Disclosures and confer on a discovery plan and other Rule 26(f) and Local Rule matters shall be no later than July 1, 2016 (approximately 21 days before the July 25, 2016 Scheduling Conference); and,

WHEREAS, the parties have agreed that the deadline for the parties jointly to report to the Court on their discovery plan and Rule 26(f) and Local Rule matters shall be no later than July 13, 2016 (approximately 14 days after the conference of counsel);

**IT IS HEREBY STIPULATED AND AGREED** that the parties request that the Court:

1  (1) Extend the time Defendants shall have to answer the SAC to and including **July 5, 2016**.

2  (2) Require the parties to exchange Initial Disclosures and confer on a discovery plan and other Rule 26(f) and Local Rule matters no later than **July 1, 2016**;

3  (3) Require the parties jointly to report to the Court on their discovery plan and Rule 26(f) and Local Rule matters shall be no later than **July 13, 2016**.

DATED: May 27, 2016                Respectfully submitted,

By: /s/ *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
    Scott Vick (No. 171944)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
E-Mail: scott@vicklawgroup.com

- *and* -

WACHTELL LIPTON ROSEN & KATZ
    David M. Murphy (*pro hac vice*)
    Warren R. Stern (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.*

2

**STIPULATION REGARDING PRE-SCHEDULING CONFERENCE DEADLINES**

| | |
|---|---|
| 1  DATED:  May 27, 2016 | Respectfully submitted, |

By: /s/ *Timothy DeLange*
    Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
    Blair A. Nicholas (No. 178428)
    Timothy A. DeLange (No. 190768)
    Niki L. Mendoza (No. 214646)
    Paul M. Jonna (No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
paulj@blbglaw.com

- *and* -

    Gerald H. Silk (*pro hac vice*)
    Avi Josefson (*pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff JACKSONVILLE POLICE & FIRE PENSION FUND and Lead Counsel for the Class*

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

/s/ *Scott Vick*

3

**STIPULATION REGARDING PRE-SCHEDULING CONFERENCE DEADLINES**