1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | CASE NO.: CV 10-06256-CAS (PJWx)<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING PRE-SCHEDULING CONFERENCE DEADLINES** |
|---|---|

**[PROPOSED] ORDER ON STIPULATION FOR PRE-SCHEDULING CONFERENCE DEADLINES**

Having considered the parties' stipulation, the Court hereby orders that:

(1) Defendants shall answer the Second Amended Complaint by no later than **July 5, 2016**.

(2) The parties shall exchange Initial Disclosures and confer on a discovery plan and other Rule 26(f) and Local Rule matters no later than **July 1, 2016**;

(3) The parties shall jointly report to the Court on their discovery plan and Rule 26(f) and Local Rule matters shall be no later than **July 13, 2016**.

**IT IS SO ORDERED**

Dated: _____

Honorable Christina A. Snyder
United States District Judge

1

**[PROPOSED] ORDER ON STIPULATION FOR PRE-SCHEDULING CONFERENCE DEADLINES**