VICK LAW GROUP, APC
  Scott Vick (No. 171944)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
E-Mail:   Scott@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:   DMMurphy@wlrk.com

Attorneys for Defendants CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>        Defendants. | Case No. CV 10-06256 CAS (PJWx)<br><br>**STIPULATION TO:**<br><br>**1. EXTEND TIME FOR THE PARTIES TO COMPLETE CLASS CERTIFICATION BRIEFING; AND**<br><br>**2. CONTINUE THE DATES OF THE CLASS CERTIFICATION HEARING AND FURTHER STATUS CONFERENCE**<br><br>**Current**<br>Motion Hearing:               11/28/16<br>Further Scheduling Conf.:   12/12/16<br><br>**New:**<br>Motion Hearing:               1/9/17<br>Further Scheduling Conf.:   1/23/17 |

STIPULATION TO EXTEND TIME TO FILE BRIEFS AND TO CONTINUE HEARING
CASE NO. 10-CV-06256

Lead Plaintiff Jacksonville Police & Fire Pension Fund ("Lead Plaintiff") and Defendants CVB Financial Corp., Christopher D. Myers and Edward J. Biebrich, Jr. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendants began serving discovery requests on September 15, 2016;

WHEREAS, Defendants have requested additional time to conduct class certification discovery and complete depositions before their class certification opposition brief is due (currently set for October 11, 2016);

WHEREAS, one or more witnesses for which Defendants have served deposition requests are not available in sufficient time that Defendants believe they need for Defendants to complete their discovery prior to the current deadline for Defendants' class certification opposition brief;

WHEREAS, the parties agree that the deadline to serve responses and objections, to produce documents, and/or to move to quash and/or for protective order with respect to the previously-served discovery is October 4, 2016; and

WHEREAS, in jointly considering the schedules of the parties and their counsel, the parties have agreed to stipulate: (1) to an extension of time for the parties to complete their briefing on class certification; (2) to continue the date of the class certification hearing; and (3) to continue the date for the parties' further status conference;

///
///
///
///
///
///

**IT IS HEREBY STIPULATED AND AGREED** that the parties request that the Court set the following new briefing and hearing schedule:

| | CURRENT | NEW | TIME |
|---|---|---|---|
| Deadline to Serve Discovery Responses, Produce Documents, and/or file Motions to Quash and for Protective Order Relating to Previously-Served Discovery[1] | Varies | Oct. 4, 2016 | |
| Class Cert. Opposition | Oct. 11, 2016 | Nov. 15, 2016 | |
| Class Cert. Reply | Nov. 14, 2016 | Dec. 20, 2016 | |
| Class Cert. Hearing | Nov. 28, 2016 | Jan. 9, 2017 | 10:00 A.M. |
| Further Scheduling Conf.: | Dec. 12, 2016 | Jan. 23, 2017 | 11:00 A.M. |

---

[1] The parties agree that all such discovery-related motions should be filed and heard before this Court, or an assigned magistrate judge, per the Judge's standing order.

DATED: September 23, 2016    Respectfully submitted,

By: /s/ *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
    Scott Vick (No. 171944)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
scott@vicklawgroup.com

- *and* -

WACHTELL LIPTON ROSEN & KATZ
    David M. Murphy (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.*

DATED: September 23, 2016         Respectfully submitted,

By: /s/ *Timothy DeLange*
   Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
   Blair A. Nicholas (No. 178428)
   Timothy A. DeLange (No. 190768)
   Niki L. Mendoza (No. 214646)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com

*- and -*

   Gerald H. Silk (*pro hac vice*)
   Avi Josefson (*pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

/s/ *Scott Vick*