1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>        Defendants. | Case No. CV 10-06256 CAS (PJWx)<br><br>**[PROPOSED] ORDER ON STIPULATION TO:**<br><br>**1. EXTEND TIME FOR THE PARTIES TO COMPLETE CLASS CERTIFICATION BRIEFING; AND**<br><br>**2. CONTINUE THE DATES OF THE CLASS CERTIFICATION HEARING AND FURTHER STATUS CONFERENCE** |

Having read and considered the parties' Stipulation to (1) Extend Time For The Parties To Complete Class Certification Briefing; and (2) Continue The Dates Of The Class Certification Hearing And Further Status Conference, and finding good cause, the Court enters the following as an order of the Court:

(1) The deadline to serve responses and objections, to produce documents, and/or to move to quash and/or for protective order with respect to the previously-served discovery is October 4, 2016;

(2) The deadline for Defendants to file their class certification opposition brief is continued from October 11, 2016 to November 15, 2016;

(3) The deadline for Lead Plaintiff to file its reply brief in support of its motion for class certification is continued from November 14, 2016 to December 20, 2016;

(4) The hearing date on Lead Plaintiff's Motion for Class Certification is continued from November 28, 2016 (10:00 A.M.) to January 9, 2017 (10:00 A.M.); and

(5) The date of the Further Scheduling Conference is continued from December 12, 2016 (11:00 A.M.) to January 23, 2017 (11:00 A.M.).

DATED: September ___, 2016

_____
Hon. Christina A. Snyder
United States District Judge