VICK LAW GROUP, APC
  Scott Vick (No. 171944)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
E-Mail:  Scott@vicklawgroup.com

WACHTELL, LIPTON, ROSEN & KATZ
  David M. Murphy (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000
E-Mail:  DMMurphy@wlrk.com

Attorneys for Defendants CVB FINANCIAL CORP., CHRISTOPHER D. MYERS AND EDWARD J. BIEBRICH, JR.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>　　　Defendants. | Case No. CV 10-06256 CAS (PJWx)<br><br>**NOTICE OF SETTLEMENT [LOCAL RULE 16-15.7]** |

**TO THE COURT**

In accordance with Local Rule 16-15.7, the Parties hereby submit this Notice of Settlement to notify the Court that the Parties have entered into a Term Sheet to settle this action.  The Parties are now in the process of preparing and finalizing a full form Stipulation and Agreement of Settlement ("Settlement Agreement"). Lead Plaintiff intends to file that Settlement Agreement when completed, together with Lead Plaintiff's Motion for Preliminary Approval of the Settlement and supporting papers, within thirty (30) days.

DATED: September 28, 2016    Respectfully submitted,

By: /s/ *Scott Vick*
    Scott Vick

VICK LAW GROUP, APC
   Scott Vick (No. 171944)
800 West 6th Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:   (213) 784-6226
E-mail: scott@vicklawgroup.com

- *and* -

WACHTELL LIPTON ROSEN & KATZ
   David M. Murphy (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1272
Facsimile:   (212) 403-2272
E-Mail: DMMurphy@wlrk.com

*Attorneys for Defendants*
*CVB FINANCIAL CORP., CHRISTOPHER D. MYERS, and EDWARD J. BIEBRICH, JR.*

DATED:  September 28, 2016         Respectfully submitted,

By: /s/ *Timothy DeLange*
   Timothy DeLange

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
   Blair A. Nicholas (No. 178428)
   Timothy A. DeLange (No. 190768)
   Niki L. Mendoza (No. 214646)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com

*- and -*

   Gerald H. Silk (*pro hac vice*)
   Avi Josefson (*pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police & Fire Pension Fund and Lead Counsel for the Class*

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

/s/ *Scott Vick*_____