BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
TIMOTHY A. DELANGE (Bar No. 190768)
timothyd@blbglaw.com
NIKI L. MENDOZA (Bar No. 214646)
nikim@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff Jacksonville
Police & Fire Pension Fund and Lead
Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | Case No.:  CV 10-06256-CAS<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF NON-OPPOSITION AND REPLY IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Christina A. Snyder<br>Hearing Date:  December 5, 2016<br>Hearing Time:  10:00 a.m. |

Lead Plaintiff Jacksonville Police & Fire Pension Fund ("Lead Plaintiff"), on behalf of itself and all members of the Settlement Class, by and through its undersigned counsel of record, respectfully submits this reply in further support of its motion for preliminary approval of the proposed Settlement filed in this Action on November 4, 2016 (ECF No. 122, the "Preliminary Approval Motion" or the "Motion").[1]

Lead Plaintiff understands that any opposition to the Motion was due on November 14, 2016, and none was filed.  The Motion, therefore, is unopposed. Lead Plaintiff respectfully requests that the unopposed Preliminary Approval Motion be expeditiously submitted without oral argument.  Pursuant to Fed. R. Civ. P. 23(e) a hearing for consideration of final approval of the class action Settlement must later be held, after notice of the Settlement is given to the Settlement Class.

The Preliminary Approval Motion explains that the proposed class action Settlement for $6.2 million in cash was reached after hard-fought litigation, months of related negotiations, and a "mediator's recommendation" from an experienced mediator, the Honorable Layn R. Phillips (Fmr.).

Lead Plaintiff is informed that, on November 14, 2016, Defendants caused the notice contemplated by the Class Action Fairness Act of 2005 to be timely served on the federal and state attorneys general, a sample copy of which is attached hereto as Exhibit 1.

Based on the foregoing and the entire record herein, Lead Plaintiff respectfully requests that the Court grant preliminary approval of the Settlement and schedule a hearing for consideration of final approval of the Settlement (the "Settlement Hearing"), such that notice of the proposed Settlement may be

---

[1] Unless otherwise stated or defined, all capitalized terms used herein shall have the meanings provided in the Stipulation and Agreement of Settlement (ECF No. 122-1, the "Stipulation").

promptly provided to the Settlement Class.   For the Court's convenience, the Parties' agreed-upon form of proposed Order Preliminarily Approving Proposed Settlement And Providing For Notice (the proposed "Preliminary Approval Order") was previously e-mailed to the Court on November 4, 2016.  As set forth in Lead Plaintiff's opening papers (ECF No. 122), in the event that preliminary approval is granted, the Parties propose a final Settlement Hearing be scheduled for March 13, 2017.  In the event that the Preliminary Approval Motion is not granted expeditiously, Lead Plaintiff expects it will propose an alternative date for the final Settlement Hearing to allow sufficient time in advance of the hearing for notice to the Settlement Class, and for an appropriate time period for receipt of objections and exclusion requests, if any.

Dated:  November 18, 2016          Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

_/s/ Timothy A. DeLange_
TIMOTHY A. DeLANGE

Blair A. Nicholas (Bar No. 178428)
blairn@blbglaw.com
Timothy A. DeLange (Bar No. 190768)
timothyd@blbglaw.com
Niki L. Mendoza (Bar No. 214646)
nikim@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
-and-
Gerald H. Silk
jerry@blbglaw.com
Avi Josefson
avi@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400

Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff Jacksonville
Police & Fire Pension Fund and Lead
Counsel for the Settlement Class*

KLAUSNER, KAUFMAN, JENSEN
   & LEVINSON
Robert Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232

*Additional Plaintiffs' Counsel and Counsel
for Lead Plaintiff Jacksonville Police & Fire
Pension Fund*