# EXHIBIT 1

# VICK LAW GROUP
## A PROFESSIONAL CORPORATION

800 WEST 6TH STREET, SUITE 1220
LOS ANGELES, CALIFORNIA 90017

WWW.VICKLAWGROUP.COM
TELEPHONE (213)784-6225
FACSIMILE (213)784-6226

SCOTT VICK
DIRECT DIAL: (213) 784-6227
EMAIL: SCOTT@VICKLAWGROUP.COM

November 14, 2016

**VIA PRIORITY MAIL**
Attorney General Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

All Regulators and State Attorneys General Identified in Exhibit "A"

      Re:    <u>*Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715*</u>

Dear Attorney General Lynch, Regulators and State Attorneys General:

      We write to serve upon you notice of a proposed class action settlement pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715. The matter is *Barry Lloyd, et al. v. CVB Financial Corp., et al.*, Case No. 2:10-cv-06256-CAS (C.D. Cal.). On behalf of defendants CVB Financial Corp., Christopher D. Myers, and Edward J. Biebrich, Jr., enclosed please find the following materials:

1. The Complaint and the Amended Class Action Complaints filed in the action;

2. Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement and accompanying exhibits, including:

   a. Stipulation and Agreement of Settlement ("Stipulation") (Ex. 1);

   b. [Proposed] Order Preliminarily Approving Proposed Settlement and Providing for Notice (Ex. A);

   c. Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Ex. A-1);

   d. Proof of Claim Form (Ex. A-2);

November 14, 2016
Page 2

      e.    Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Ex. A-3); and

      f.    [Proposed] Judgment Approving Class Action Settlement (Ex. B).

We hereby advise you that contemporaneously with the Stipulation, the parties executed a Confidential Supplemental Agreement Regarding Requests for Exclusion ("Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which the Defendants shall have the option to terminate the settlement and render the Stipulation void. The parties have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the Court.

We also hereby advise that Defendants do not currently have information sufficient to identify and provide the names of putative class members who reside in each state, or to make a reasonable estimate of the number of class members residing in each state. As this is a securities litigation, the putative class is likely national in scope and consists of all beneficial owners of the securities in question, subject to certain exclusions, during the class period. A complete list of such beneficial owners does not exist and the only way to reach the majority of beneficial owners is by disseminating notice through banks, brokers and nominees that hold securities in the name of the beneficial owners. The [Proposed] Order Preliminarily Approving Settlement and Providing for Notice contains provisions for disseminating notice through such means.

Furthermore, it is also not possible at this time to provide the estimated proportionate share of the claims of putative class members residing in any state to the entire settlement. Much of this information may become available to Plaintiffs' counsel if the Court approves the proposed settlement and putative class members submit proofs of claim. Plaintiffs' damages expert believes that, assuming that the owners of all affected securities elect to participate, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs) is $0.23 per damaged share of CVB common stock.

Should you have any questions, please do not hesitate to contact me.

                        Sincerely,

                        Scott Vick

Enclosure

Cc:    Bernstein Litowitz Berger & Grossmann LLP

# EXHIBIT "A"

## RECIPIENTS OF NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

| | |
|---|---|
| FDIC - San Francisco Regional Office<br>Ms. Kathy Moe<br>Acting Regional Director<br>25 Jessie Street at Ecker Square, Suite 2300<br>San Francisco, CA, 94105-2780<br>Phone: (415) 546-0160 | Office of the Comptroller of the Currency<br>Mr. Horace G. Sneed<br>Director of Litigation<br>400 7th Street, SW<br>Washington, DC 20219<br>Phone: (202) 649-6800 |
| Office of the Comptroller of the Currency<br>Ms. Kay E. Kowitt<br>Deputy Comptroller<br>1225 17th Street, Suite 300<br>Denver, CO 80202<br>Phone: (720) 475-7600<br>Fax: (720) 475-7690 Main | U.S. Securities and Exchange Commission<br>Ms. Mary Jo White, Chair<br>100 F Street, NE<br>Washington, DC 20549<br>Phone: (202) 942-8088 |
| U.S. Securities and Exchange Commission<br>Los Angeles Regional Office<br>Ms. Michele Wein Layne, Regional Director<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071<br>Phone: (323) 965-3998 | California Department of Business Oversight<br>Ms. Jan L. Owen Commissioner<br>1515 K Street<br>Sacramento, CA 95814<br>Phone: (916) 327-7585<br>Fax: (916) 322-1599 |
| **Alabama**<br>Luther Strange<br>Attorney General of the State of Alabama<br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36104 | **Alaska**<br>Craig W. Richards<br>Attorney General of the State of Alaska<br>P.O. Box 110300<br>Juneau, AK 99811-0300 |
| **Arizona**<br>Mark Brnovich<br>Attorney General of the State of Arizona<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926 | **Arkansas**<br>Leslie Rutledge<br>Attorney General of the State of Arkansas<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201 |

| | |
|---|---|
| **California**<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | **Colorado**<br>Cynthia Coffman<br>Attorney General of the State of Colorado<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| **Connecticut**<br>George Jepsen<br>Attorney General of the State of Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | **Delaware**<br>Matthew Denn<br>Attorney General of the State of Delaware<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| **District of Columbia**<br>Karl A. Racine<br>Attorney General of the District of Columbia<br>Office of the Attorney General<br>One Judiciary Square<br>441 4th Street NW, Suite 1145S<br>Washington, DC 20001 | **Florida**<br>Pam Bondi<br>Attorney General of the State of Florida<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| **Georgia**<br>Sam Olens<br>Attorney General of the State of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | **Hawaii**<br>Douglas Chin<br>Attorney General of the State of Hawaii<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Idaho**<br>Lawrence G. Wasden<br>Attorney General of the State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, Idaho 83720-0010 | **Illinois**<br>Lisa Madigan<br>Attorney General of the State of Illinois<br>Office of Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |

| | |
|---|---|
| **Indiana**<br>Greg Zoeller<br>Attorney General of the State of Indiana<br>Office of Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 | **Iowa**<br>Tom Miller<br>Attorney General of the State of Iowa<br>Office of Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| **Kansas**<br>Derek Schmidt<br>Attorney General of the State of Kansas<br>Office of Attorney General<br>Memorial Hall, 2nd Floor<br>120 SW 10th Avenue<br>Topeka, KS 66612 | **Kentucky**<br>Andy Beshear<br>Attorney General of the Commonwealth of Kentucky<br>Office of the Attorney General<br>The Capitol, Suite 118<br>700 Capitol Avenue<br>Frankfort, Kentucky 40601-3449 |
| **Louisiana**<br>Jeff Landry<br>Attorney General of the State of Louisiana<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | **Maine**<br>Janet T. Mills<br>Attorney General of the State of Maine<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| **Maryland**<br>Brian E Frosh<br>Attorney General of the State of Maryland<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | **Massachusetts**<br>Maura Healey<br>Attorney General of the Commonwealth of Massachusetts<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| **Michigan**<br>Bill Schuette<br>Attorney General of the State of Michigan<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 West Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 | **Minnesota**<br>Lori Swanson<br>Attorney General of the State of Minnesota<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 |

| | |
|---|---|
| **Mississippi**<br>Jim Hood<br>Attorney General of the State of Mississippi<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | **Missouri**<br>Chris Koster<br>Attorney General of the State of Missouri<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| **Montana**<br>Tim Fox<br>Attorney General of the State of Montana<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 | **Nebraska**<br>Doug Peterson<br>Attorney General of the State of Nebraska<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| **Nevada**<br>Adam Paul Laxalt<br>Attorney General of the State of Nevada<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, Nevada 89701-4717 | **New Hampshire**<br>Joseph Foster<br>Attorney General of the State of New Hampshire<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| **New Jersey**<br>Christopher Porrino<br>Acting Attorney General of the State of New Jersey<br>Office of the Attorney General<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625-0080 | **New Mexico**<br>Hector Balderas<br>Attorney General of the State of New Mexico<br>Office of the Attorney General<br>P.O. Drawer 1508<br>Santa Fe, New Mexico 87504-1508 |
| **New York**<br>Eric Schneiderman<br>Attorney General of the State of New York<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | **North Carolina**<br>Roy Cooper<br>Attorney General of the State of North Carolina<br>Office of the Attorney General<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |

| | |
|---|---|
| **North Dakota**<br>Wayne Stenehjem<br>Attorney General of the State of North Dakota<br>State Capitol<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505 | **Ohio**<br>Mike DeWine<br>Attorney General of the State of Ohio<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215-3428 |
| **Oklahoma**<br>Scott Pruitt<br>Attorney General of the State of Oklahoma<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | **Oregon**<br>Ellen Rosenblum<br>Attorney General of the State of Oregon<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| **Pennsylvania**<br>Bruce Beemer<br>Attorney General of the Commonwealth of Pennsylvania<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Rhode Island**<br>Peter Kilmartin<br>Attorney General of the State of Rhode Island<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| **South Carolina**<br>Alan Wilson<br>Attorney General of the State of South Carolina<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, S.C. 29211 | **South Dakota**<br>Marty Jackley<br>Attorney General of the State of South Dakota<br>Office of the Attorney General<br>1302 East Hwy 14<br>Suite 1<br>Pierre, SD 57501-8501 |
| **Tennessee**<br>Herbert Slatery III<br>Attorney General of the State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | **Texas**<br>Ken Paxton<br>Attorney General of the State of Texas<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 |
| **Utah**<br>Sean Reyes<br>Attorney General of the State of Utah<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 | **Vermont**<br>William H. Sorrell<br>Attorney General of the State of Vermont<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001 |

| | |
|---|---|
| **Virginia**<br>Mark Herring<br>Attorney General of the Commonwealth of Virginia<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | **Washington**<br>Bob Ferguson<br>Attorney General of the State of Washington<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| **West Virginia**<br>Patrick Morrisey<br>Attorney General of the State of West Virginia<br>Office of the Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 | **Wisconsin**<br>Brad Schimel<br>Attorney General of the State of Wisconsin<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| **Wyoming**<br>Peter K. Michael<br>Attorney General of the State of Wyoming<br>123 Capitol Building<br>200 West 24th Street<br>Cheyenne, WY 82002 | **Puerto Rico**<br>Cesar R. Miranda-Rodriguez<br>Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |

