UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY R. LLOYD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVB FINANCIAL CORP., et al.,<br><br>Defendants. | Case No. 10-cv-06256-CAS (PJWx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br>Date: March 13, 2017<br>Time: 10:00 a.m. |

This matter came before the Court for hearing on March 13, 2017, to consider, among other things, Lead Plaintiff's motion for approval of the Plan of Allocation (ECF No. 129).[1]  The Court having reviewed and considered all documents, evidence, and arguments related to the proposed Plan of Allocation,

---

[1] All capitalized terms not defined herein have the same meanings set forth and defined in the Stipulation And Agreement Of Settlement (ECF No. 122-1).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members;

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds that adequate notice was directed to Settlement Class Members, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Settlement Class Members to be heard with respect to the proposed Plan of Allocation;

3. There were no objections to the proposed Plan of Allocation;

4. The Plan of Allocation set forth in the Notice provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members who submit valid Claim Forms, and is in all respects fair and reasonable;

5. The Court hereby approves the Plan of Allocation, as set forth in the Notice; and

6. The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

IT IS SO ORDERED.

Dated: March 13, 2017

_____
CHRISTINE A. SNYDER
United Stated District Judge